Joe Cohen                                    05-18106

Re: United Homes Case

Scarlet Glow Heating Distribution —

Please send the final settlement to my home.

KIRK RUSTMAN
5719 Silentbrook Ln.
Rolling Meadows, IL 60008

Thank you —

my cell # is ~~773-278~~
773-818-9079

Pres. Scarlet Glow

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 10 2009
KENNETH S. GARDNER, CLERK
PS REP. - AI    TOTAL P.001