## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: SCARLET GLOW HEATING & COOLING CO | § | Case No. 05-18106-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on May 05, 2005.  The undersigned trustee was appointed on June 07, 2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        50,224.63

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 4,357.07 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $        45,867.56 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 09/27/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,761.23. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,761.23, for a total compensation of $5,761.23. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $20.77, for total expenses of $20.77.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/25/2010          By:/s/DAVID GROCHOCINSKI, TRUSTEE
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-18106-JS  **Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE
**Case Name:** SCARLET GLOW HEATING & COOLING CO  **Filed (f) or Converted (c):** 05/05/05 (f)
 **§341(a) Meeting Date:** 06/22/05
**Period Ending:** 03/25/10  **Claims Bar Date:** 09/27/05

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | PETTY CASH | 10.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNTS | 3,500.00 | 0.00 | | 0.00 | FA |
| 4 | A/R | 725,445.29 | 0.00 | | 0.00 | FA |
| 5 | 1998 FORD RANGER PICKUP | 600.00 | 600.00 | DA | 0.00 | FA |
| 6 | 1999 CHEVY TRUCK | 4,900.00 | 4,900.00 | DA | 0.00 | FA |
| 7 | 1999 CHEVY VAN | 4,900.00 | 4,900.00 | | 4,750.00 | FA |
| 8 | 2000 GMC PICKUP | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 9 | OFFICE EQUIPMENT | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | MACHINERY, ETC. | 115,000.00 | 0.00 | | 0.00 | FA |
| 11 | INVENTORY | 350,000.00 | 0.00 | | 0.00 | FA |
| 12 | 1998 CHEVY G30 VAN (u) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 13 | 1988 CHEVY G30 VAN (u) | 150.00 | 150.00 | | 150.00 | FA |
| 14 | UNSCHEDULED REFUND (u) | 29.55 | 29.55 | | 29.55 | FA |
| 15 | PREFERENCES | Unknown | Unknown | | 40,100.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 195.08 | Unknown |
| 16 | Assets  Totals (Excluding unknown values) | **$1,211,034.84** | **$15,579.55** | | **$50,224.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

INVESTIGATING INSIDER TRANSACTIONS
EMPLOYED ACCOUNTANT TO REVIEW RECORDS; AWAITING RECORDS FROM BANK
LIKELY CAUSE OF ACTION VS. INSIDERS; ACTION FILED AND PREFERENCE MATTERS FILED; TRIALS WILL NOT BE COMPLETED UNTIL LATE 2008;
SETTLEMENT REACHED IN LATE 2008; EXPECT FINAL TAX RETURNS IN FIRST HALF OF 2009; CLAIMS OBJECTION NEGOTIATIONS PENDING

**Initial Projected Date Of Final Report (TFR):**   December 31, 2007       **Current Projected Date Of Final Report (TFR):**   June 30, 2010

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-18106-JS  
**Case Name:** SCARLET GLOW HEATING & COOLING CO  
**Taxpayer ID #:** 36-3858816  
**Period Ending:** 03/25/10  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/05 | | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF VARIOUS VEHICLES | | 9,900.00 | | 9,900.00 |
| | {8} | | | 3,000.00 | 1129-000 | | 9,900.00 |
| | {7} | | | 4,750.00 | 1129-000 | | 9,900.00 |
| | {12} | | | 2,000.00 | 1229-000 | | 9,900.00 |
| | {13} | | | 150.00 | 1229-000 | | 9,900.00 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.90 | | 9,900.90 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.95 | | 9,905.85 |
| 01/23/06 | 1001 | AMERICAN AUCTION ASSOCIATES, INC. | REIMBURSEMENT OF AUCTION COSTS | 3620-000 | | 992.77 | 8,913.08 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.48 | | 8,918.56 |
| 02/09/06 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #05B-18106, Bond #016026455 | 2300-000 | | 8.46 | 8,910.10 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.79 | | 8,914.89 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.30 | | 8,920.19 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.65 | | 8,925.84 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.07 | | 8,931.91 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.87 | | 8,937.78 |
| 07/10/06 | {14} | VISA CHECK/MASTER MONEY | DISTRIBUTION IN VISA/CHECK LITIGATION | 1290-000 | 29.55 | | 8,967.33 |
| 07/11/06 | 1003 | SIR SPEEDY | COPY CHARGES | 2990-000 | | 91.14 | 8,876.19 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.06 | | 8,882.25 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.04 | | 8,888.29 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.64 | | 8,893.93 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.23 | | 8,900.16 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.85 | | 8,906.01 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.65 | | 8,911.66 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.94 | | 8,917.60 |
| 02/12/07 | 1004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-18106, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 7.77 | 8,909.83 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.44 | | 8,914.27 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.76 | | 8,919.03 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.92 | | 8,923.95 |
| 05/04/07 | 1005 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT FOR 10 ADVERSARY FILING FEES | 2700-000 | | 2,500.00 | 6,423.95 |
| 05/07/07 | | To Account #********3166 | TRANSFER FUNDS | 9999-000 | | 250.00 | 6,173.95 |

Subtotals :   $10,024.09   $3,850.14

{} Asset reference(s)

Printed: 03/25/2010 01:47 PM    V.11.54

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-18106-JS  
**Case Name:** SCARLET GLOW HEATING & COOLING CO  

**Taxpayer ID #:** 36-3858816  
**Period Ending:** 03/25/10  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.05 | | 6,178.00 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.18 | | 6,181.18 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.52 | | 6,184.70 |
| 08/28/07 | {15} | SHEET METAL WERKS INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 1,000.00 | | 7,184.70 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.43 | | 7,188.13 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.58 | | 7,191.71 |
| 10/04/07 | {15} | EXCELSIOR MFG & SUPPLY CORP | SETTLEMENT OF PREFERENCE | 1141-000 | 3,000.00 | | 10,191.71 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.45 | | 10,197.16 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.30 | | 10,202.46 |
| 12/07/07 | 1006 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT OF ADVERSARY FILING FEE | 2700-000 | | 250.00 | 9,952.46 |
| 12/12/07 | {15} | UNIVERSAL HEATING SUPPLIES INC. | SETTLEMENT PAYMENT | 1141-000 | 800.00 | | 10,752.46 |
| 12/14/07 | {15} | VESCO, INC. | SETTLEMENT OF PREFERENCE | 1141-000 | 1,100.00 | | 11,852.46 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.56 | | 11,858.02 |
| 01/08/08 | {15} | UNIVERSAL HEATING SUPPLIES, INC. | SETTLEMENT PAYMENT | 1141-000 | 1,000.00 | | 12,858.02 |
| 01/15/08 | {15} | UNIVERSAL HEATING SUPPLIES INC. | SETTLEMENT PAYMENT | 1141-000 | 800.00 | | 13,658.02 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.87 | | 13,663.89 |
| 02/11/08 | 1007 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-18106, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 10.34 | 13,653.55 |
| 02/12/08 | {15} | UNIVERSAL HEATING | SETTLEMENT PAYMENT | 1141-000 | 800.00 | | 14,453.55 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.88 | | 14,456.43 |
| 03/11/08 | {15} | UNIVERSAL HEATING SUPPLIES, INC. | SETTLEMENT PAYMENT | 1141-000 | 800.00 | | 15,256.43 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.79 | | 15,259.22 |
| 04/01/08 | {15} | PIPE FITTERS' WELFARE FUND LOCAL UNION 597 | SETTLEMENT OF ADVERSARY | 1141-000 | 7,000.00 | | 22,259.22 |
| 04/09/08 | {15} | UNIVERSAL HEATING SUPPLIES, INC. | SETTLEMENT PAYMENT | 1141-000 | 800.00 | | 23,059.22 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.11 | | 23,062.33 |
| 05/19/08 | {15} | NORTH STATES STEEL CORP | SETTLEMENT OF ADVERSARY | 1141-000 | 3,000.00 | | 26,062.33 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.12 | | 26,065.45 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.31 | | 26,068.76 |

Subtotals : $20,155.15   $260.34

{} Asset reference(s)

Printed: 03/25/2010 01:47 PM   V.11.54

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05-18106-JS  
**Case Name:** SCARLET GLOW HEATING & COOLING CO  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-65 - Money Market Account  

**Taxpayer ID #:** 36-3858816  
**Period Ending:** 03/25/10  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.31 | | 26,072.07 |
| 08/19/08 | 1008 | EUNICE SACHS & ASSOCIATES | COURT REPORT ATTENDANCE | 2990-000 | | 100.00 | 25,972.07 |
| 08/26/08 | 1009 | EXPRESS ONE - CHICAGO | OVERNIGHT DELIVERY CHARGES | 2990-000 | | 36.42 | 25,935.65 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,938.74 |
| 09/09/08 | 1010 | INTERNAL REVENUE SERVICE | TAX TRANSCRIPT/FOR 2002 RETURN | 2990-000 | | 39.00 | 25,899.74 |
| 09/15/08 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 938.34 | | 26,838.08 |
| 09/18/08 | {15} | KIRK RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 3,561.66 | | 30,399.74 |
| 09/18/08 | {15} | JAY RUSTMAN & LINDA RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 3,500.00 | | 33,899.74 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.71 | | 33,903.45 |
| 10/15/08 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 234.59 | | 34,138.04 |
| 10/16/08 | {15} | KIRK RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 882.71 | | 35,020.75 |
| 10/16/08 | {15} | JAY RUSTMAN/LINDA RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 882.71 | | 35,903.46 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.78 | | 35,907.24 |
| 11/14/08 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 234.59 | | 36,141.83 |
| 11/14/08 | {15} | LINDA RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 882.71 | | 37,024.54 |
| 11/14/08 | {15} | KIRK & JOY RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 882.71 | | 37,907.25 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.99 | | 37,910.24 |
| 12/12/08 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 234.59 | | 38,144.83 |
| 12/15/08 | {15} | JAY & LINDA RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 882.71 | | 39,027.54 |
| 12/16/08 | {15} | KIRK & JOY RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 882.71 | | 39,910.25 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.66 | | 39,912.91 |
| 01/15/09 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 234.59 | | 40,147.50 |
| 01/15/09 | {15} | KIRK & JOY RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 882.71 | | 41,030.21 |
| 01/16/09 | {15} | JAY & LINDA RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 882.71 | | 41,912.92 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.65 | | 41,914.57 |
| 02/05/09 | 1011 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #05B-18106, BOND#016026455 | 2300-000 | | 33.09 | 41,881.48 |
| 02/12/09 | {15} | JAY & LINDA RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 882.71 | | 42,764.19 |
| 02/17/09 | {15} | KIRK & JOY RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 882.71 | | 43,646.90 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.61 | | 43,648.51 |
| 03/16/09 | {15} | KIRK & JOY RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 882.75 | | 44,531.26 |
| 03/16/09 | {15} | JAY & LINDA RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 882.71 | | 45,413.97 |
| 03/17/09 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 234.54 | | 45,648.51 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 45,650.44 |
| 04/17/09 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1141-000 | 234.54 | | 45,884.98 |

Subtotals :  $20,024.73   $208.51

{} Asset reference(s)

Printed: 03/25/2010 01:47 PM   V.11.54

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 05-18106-JS
**Case Name:** SCARLET GLOW HEATING & COOLING CO

**Taxpayer ID #:** 36-3858816
**Period Ending:** 03/25/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****31-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.86 | | 45,886.84 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.80 | | 45,888.64 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.99 | | 45,890.63 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 45,892.56 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 45,894.49 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.87 | | 45,896.36 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.87 | | 45,898.23 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 45,900.16 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 45,902.09 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.81 | | 45,903.90 |
| 02/05/10 | 1012 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #05-18106, BOND#016026455 | 2300-000 | | 38.08 | 45,865.82 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.74 | | 45,867.56 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 50,224.63 | 4,357.07 | $45,867.56 |
| Less: Bank Transfers | 0.00 | 250.00 | |
| **Subtotal** | 50,224.63 | 4,107.07 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$50,224.63** | **$4,107.07** | |

{} Asset reference(s)

Printed: 03/25/2010 01:47 PM   V.11.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 05-18106-JS  
**Case Name:** SCARLET GLOW HEATING & COOLING CO  

**Taxpayer ID #:** 36-3858816  
**Period Ending:** 03/25/10  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/07 | | From Account #********3165 | TRANSFER FUNDS | 9999-000 | 250.00 | | 250.00 |
| 05/07/07 | 101 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT FOR ADVERSARY FILING FEE | 2700-000 | | 250.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 250.00 | 250.00 | $0.00 |
| | | | Less: Bank Transfers | | 250.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 250.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $250.00 | |

Net Receipts :       50,224.63  
Net Estate :       $50,224.63  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****31-65** | 50,224.63 | 4,107.07 | 45,867.56 |
| **Checking # ***-*****31-66** | 0.00 | 250.00 | 0.00 |
| | $50,224.63 | $4,357.07 | $45,867.56 |

{} Asset reference(s)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-18106-JS
Case Name: SCARLET GLOW HEATING & COOLING CO
Trustee Name: DAVID GROCHOCINSKI, TRUSTEE

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
           N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $ 5,761.23 | $ 20.77 |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 22,500.00 | $ 565.80 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 8,600.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $93,348.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 001 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 2,811.25 | $ 337.15 |
| 002 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 2,837.20 | $ 340.27 |
| 004 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 1,297.50 | $ 155.61 |
| 005 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 415.20 | $ 49.80 |
| 006 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 8,511.60 | $ 1,020.80 |
| 007 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 1,401.30 | $ 168.06 |
| 008 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 467.10 | $ 56.02 |
| 009 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 648.75 | $ 77.80 |
| 010 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 15,440.25 | $ 1,851.76 |
| 011 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 138.40 | $ 16.60 |

**UST Form 101-7-TFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 013 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 5,146.75 | $ 617.25 |
| 014 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 8,433.75 | $ 1,011.46 |
| 019 | MR & MRS WOLF | $ 120.00 | $ 0.00 |
| 027 | MR & MRS KESSLER | $ 300.00 | $ 0.00 |
| 049 | MR & MRS RATSKOFF | $ 262.49 | $ 0.00 |
| 081 | PIPE FITTERS INDUSTRY FUND, LOCAL 597 | $ 350.34 | $ 42.02 |
| 083 | PIPE FITTERS LOCAL 597 UA | $ 79.45 | $ 9.53 |
| 084 | PIPE FITTERS WLFARE FUND LOCAL 597 | $ 11,253.57 | $ 1,349.64 |
| 085 | PIPE FITTERS RETIREMENT FUND LOCAL 597 | $ 9,831.76 | $ 1,179.13 |
| 086 | PIPE FITTERS TRAINING FUND LOCAL 597 | $ 1,141.13 | $ 136.86 |
| 087 | MR & MRS CHARDELL | $ 385.00 | $ 0.00 |
| 089 | MR & MRS MUSSIE | $ 347.00 | $ 0.00 |
| 092 | INTERNAL REVENUE SERVICE | $ 21,728.73 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,142,349.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                                     Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 001 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 281.13 | $ 0.00 |
| 002 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 283.72 | $ 0.00 |
| 004 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 843.38 | $ 0.00 |
| 005 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 41.52 | $ 0.00 |
| 006 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 851.16 | $ 0.00 |
| 007 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 140.13 | $ 0.00 |
| 008 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 46.71 | $ 0.00 |
| 009 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 64.88 | $ 0.00 |
| 010 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 1,544.03 | $ 0.00 |
| 011 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 13.84 | $ 0.00 |
| 012 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 65,485.53 | $ 0.00 |
| 013 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 514.68 | $ 0.00 |
| 014 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 843.38 | $ 0.00 |
| 015 | MR & MRS HILLMAN | $ 490.00 | $ 0.00 |
| 016 | SUPERIOR DISTRIBUTION | $ 82,197.65 | $ 0.00 |
| 017 | MR & MRS GITLEMAN | $ 441.00 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 018 | MR & MRS MEDVILLE | $ 192.50 | $ 0.00 |
| 020 | MR & MRS BERDING | $ 385.00 | $ 0.00 |
| 021 | MR & MRS KRUGEL | $ 445.00 | $ 0.00 |
| 022 | MR & MRS BIGGERSTAFF | $ 346.50 | $ 0.00 |
| 023 | QUICK DELIVERY SERVICE INC. | $ 1,092.27 | $ 0.00 |
| 024 | MR & MRS DANZIG | $ 240.00 | $ 0.00 |
| 025 | MR & MRS SHEPP | $ 319.50 | $ 0.00 |
| 026 | MR & MRS SCHALLER | $ 210.00 | $ 0.00 |
| 028 | MACKE WATER SYSTEMS | $ 215.70 | $ 0.00 |
| 029 | G&O THERMAL SUPPLY COMPANY | $ 5,410.39 | $ 0.00 |
| 030 | COLTHARP'S SALES & SERVICE | $ 216.85 | $ 0.00 |
| 031 | MR & MRS FELICE | $ 79.00 | $ 0.00 |
| 032 | MR & MRS SCHAAF | $ 108.00 | $ 0.00 |
| 033 | AMERICAN COPPER & BRASS, INC. | $ 303.23 | $ 0.00 |
| 034 | MID-WEST MATERIAL INC. | $ 14,062.13 | $ 0.00 |
| 035 | MR & MRS RABIN | $ 240.00 | $ 0.00 |
| 036 | MR & MRS DOLNICK | $ 240.00 | $ 0.00 |
| 037 | MCBEE SYSTEMS, INC. | $ 58.75 | $ 0.00 |
| 038 | MR & MRS SUTERA | $ 385.00 | $ 0.00 |
| 039 | DELTA CONTROL PRODUCTS | $ 661.50 | $ 0.00 |
| 040 | MR & MRS STEEL | $ 460.00 | $ 0.00 |
| 041 | MR & MRS STEGNER | $ 180.00 | $ 0.00 |
| 042 | MR & MRS BERSON | $ 385.00 | $ 0.00 |
| 043 | MR & MRS TAUSIGG | $ 490.00 | $ 0.00 |
| 044 | MR & MRS KAPLAN | $ 95.34 | $ 0.00 |
| 045 | MR & MRS SMOLYAR | $ 100.00 | $ 0.00 |
| 046 | MR & MRS WAKE | $ 240.00 | $ 0.00 |
| 047 | NYKIEL CARLIN & CO LTD | $ 17,986.00 | $ 0.00 |
| 048 | MR & MRS REBECCA FLANAGAN | $ 240.00 | $ 0.00 |
| | TEMPERATURE | | |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 050 | EQUIPMENT CORP | $ 89,946.38 | $ 0.00 |
| 051 | RANDALL LUKAS & CORINNE LUKAS | $ 25,000.00 | $ 0.00 |
| 052 | MR & MRS GORENSTEIN | $ 355.00 | $ 0.00 |
| 053 | MR & MRS GARBER | $ 346.50 | $ 0.00 |
| 054 | MR & MRS ZASLAVSKY | $ 330.00 | $ 0.00 |
| 055 | MR & MRS MITCHELL | $ 299.50 | $ 0.00 |
| 056 | MR & MRS SUPERFINE | $ 490.00 | $ 0.00 |
| 057 | MR & MRS HUTCHINSON | $ 240.00 | $ 0.00 |
| 059 | MR & MRS AROSEN | $ 245.00 | $ 0.00 |
| 060 | EARL JAFFE | $ 385.00 | $ 0.00 |
| 061 | MR & MRS HOGAN | $ 385.00 | $ 0.00 |
| 062 | MR & MRS SCHAFFER | $ 240.00 | $ 0.00 |
| 063 | CAROLYN DAMON | $ 108.00 | $ 0.00 |
| 064 | AMERISAFE, INC. | $ 3,284.42 | $ 0.00 |
| 065 | MR & MRS BLODGETT | $ 330.75 | $ 0.00 |
| 066 | WRIGHT EXPRESS | $ 5,500.68 | $ 0.00 |
| 067 | MR & MRS HUTCHINSON | $ 240.00 | $ 0.00 |
| 068 | MR & MRS PLOUSSARD | $ 240.00 | $ 0.00 |
| 069 | MR & MRS HAGEDORN | $ 108.00 | $ 0.00 |
| 070 | EXCELSIOR MFG & SUPPLY CORP | $ 24,925.39 | $ 0.00 |
| 072 | MR & MRS PINTO | $ 240.00 | $ 0.00 |
| 073 | MR & MRS WOLF/KORNBLUM | $ 385.00 | $ 0.00 |
| 074 | MR & MRS GRAFLUND | $ 343.00 | $ 0.00 |
| 075 | SHEET METAL WERKS | $ 26,229.89 | $ 0.00 |
| 077 | MCSHANE CONSTRUCTION CORP | $ 209,948.00 | $ 0.00 |
| 078 | NICOR GAS | $ 3,071.53 | $ 0.00 |
| 079 | NATIONAL STABILIZATION AGREEMENT | $ 244,022.72 | $ 0.00 |
| 081 | PIPE FITTERS INDUSTRY FUND, LOCAL 597 | $ 5,615.34 | $ 0.00 |
| 083 | PIPE FITTERS LOCAL 597 UA | $ 179.66 | $ 0.00 |
| | PIPE FITTERS WLFARE | | |

**UST Form 101-7-TFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 084 | FUND LOCAL 597 | $ 164,583.13 | $ 0.00 |
| 085 | PIPE FITTERS RETIREMENT FUND LOCAL 597 | $ 122,588.31 | $ 0.00 |
| 086 | PIPE FITTERS TRAINING FUND LOCAL 597 | $ 12,673.16 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 31,452.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 088 | ROBINSON PLUYMERT PIERCEY MACDONALD & AMATO LTD. | $ 17,146.44 | $ 0.00 |
| 090 | EXCELSIOR MFG & SUPPLY CORP | $ 3,000.00 | $ 0.00 |
| 091 | UNIVERSAL HTG SUPPLIES | $ 6,000.00 | $ 0.00 |
| 092 | INTERNAL REVENUE SERVICE | $ 5,305.93 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**