**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: SCARLET GLOW HEATING & COOLING CO     §   Case No. 05-18106-JS
                                             §
                                             §
                                             §
Debtor(s)                                    §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of U.S. Bankruptcy Court
   219 S. Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 04/30/2010 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  01/11/2010        By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                 Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SCARLET GLOW HEATING & COOLING CO   § Case No. 05-18106-JS
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $   50,224.63

*and approved disbursements of*   $   4,357.07

*leaving a balance on hand of* [1]   $   45,867.56

Claims of secured creditors will be paid as follows:

*Claimant*                                                                          *Proposed Payment*
                                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $ 5,761.23 | $ 20.77 |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 22,500.00 | $ 565.80 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 8,600.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $93,348.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 001 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 2,811.25 | $ 337.15 |
| 002 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 2,837.20 | $ 340.27 |
| 004 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 1,297.50 | $ 155.61 |
| 005 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 415.20 | $ 49.80 |
| 006 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 8,511.60 | $ 1,020.80 |
| 007 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 1,401.30 | $ 168.06 |
| 008 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 467.10 | $ 56.02 |
| 009 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 648.75 | $ 77.80 |
| 010 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 15,440.25 | $ 1,851.76 |
| 011 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 138.40 | $ 16.60 |
| 013 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 5,146.75 | $ 617.25 |
| 014 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 8,433.75 | $ 1,011.46 |

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 019 | MR & MRS WOLF | $ 120.00 | $ 0.00 |
| 027 | MR & MRS KESSLER | $ 300.00 | $ 0.00 |
| 049 | MR & MRS RATSKOFF | $ 262.49 | $ 0.00 |
| 081 | PIPE FITTERS INDUSTRY FUND, LOCAL 597 | $ 350.34 | $ 42.02 |
| 083 | PIPE FITTERS LOCAL 597 UA | $ 79.45 | $ 9.53 |
| 084 | PIPE FITTERS WLFARE FUND LOCAL 597 | $ 11,253.57 | $ 1,349.64 |
| 085 | PIPE FITTERS RETIREMENT FUND LOCAL 597 | $ 9,831.76 | $ 1,179.13 |
| 086 | PIPE FITTERS TRAINING FUND LOCAL 597 | $ 1,141.13 | $ 136.86 |
| 087 | MR & MRS CHARDELL | $ 385.00 | $ 0.00 |
| 089 | MR & MRS MUSSIE | $ 347.00 | $ 0.00 |
| 092 | INTERNAL REVENUE SERVICE | $ 21,728.73 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,142,349.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 001 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 281.13 | $ 0.00 |
| 002 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 283.72 | $ 0.00 |
| 004 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 843.38 | $ 0.00 |
| 005 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 41.52 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 006 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 851.16 | $ 0.00 |
| 007 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 140.13 | $ 0.00 |
| 008 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 46.71 | $ 0.00 |
| 009 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 64.88 | $ 0.00 |
| 010 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 1,544.03 | $ 0.00 |
| 011 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 13.84 | $ 0.00 |
| 012 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 65,485.53 | $ 0.00 |
| 013 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 514.68 | $ 0.00 |
| 014 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 843.38 | $ 0.00 |
| 015 | MR & MRS HILLMAN | $ 490.00 | $ 0.00 |
| 016 | SUPERIOR DISTRIBUTION | $ 82,197.65 | $ 0.00 |
| 017 | MR & MRS GITLEMAN | $ 441.00 | $ 0.00 |
| 018 | MR & MRS MEDVILLE | $ 192.50 | $ 0.00 |
| 020 | MR & MRS BERDING | $ 385.00 | $ 0.00 |
| 021 | MR & MRS KRUGEL | $ 445.00 | $ 0.00 |
| 022 | MR & MRS BIGGERSTAFF | $ 346.50 | $ 0.00 |
| 023 | QUICK DELIVERY SERVICE INC. | $ 1,092.27 | $ 0.00 |
| 024 | MR & MRS DANZIG | $ 240.00 | $ 0.00 |
| 025 | MR & MRS SHEPP | $ 319.50 | $ 0.00 |
| 026 | MR & MRS SCHALLER | $ 210.00 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 028 | MACKE WATER SYSTEMS | $ 215.70 | $ 0.00 |
| 029 | G&O THERMAL SUPPLY COMPANY | $ 5,410.39 | $ 0.00 |
| 030 | COLTHARP'S SALES & SERVICE | $ 216.85 | $ 0.00 |
| 031 | MR & MRS FELICE | $ 79.00 | $ 0.00 |
| 032 | MR & MRS SCHAAF | $ 108.00 | $ 0.00 |
| 033 | AMERICAN COPPER & BRASS, INC. | $ 303.23 | $ 0.00 |
| 034 | MID-WEST MATERIAL INC. | $ 14,062.13 | $ 0.00 |
| 035 | MR & MRS RABIN | $ 240.00 | $ 0.00 |
| 036 | MR & MRS DOLNICK | $ 240.00 | $ 0.00 |
| 037 | MCBEE SYSTEMS, INC. | $ 58.75 | $ 0.00 |
| 038 | MR & MRS SUTERA | $ 385.00 | $ 0.00 |
| 039 | DELTA CONTROL PRODUCTS | $ 661.50 | $ 0.00 |
| 040 | MR & MRS STEEL | $ 460.00 | $ 0.00 |
| 041 | MR & MRS STEGNER | $ 180.00 | $ 0.00 |
| 042 | MR & MRS BERSON | $ 385.00 | $ 0.00 |
| 043 | MR & MRS TAUSIGG | $ 490.00 | $ 0.00 |
| 044 | MR & MRS KAPLAN | $ 95.34 | $ 0.00 |
| 045 | MR & MRS SMOLYAR | $ 100.00 | $ 0.00 |
| 046 | MR & MRS WAKE | $ 240.00 | $ 0.00 |
| 047 | NYKIEL CARLIN & CO LTD | $ 17,986.00 | $ 0.00 |
| 048 | MR & MRS REBECCA FLANAGAN | $ 240.00 | $ 0.00 |
| 050 | TEMPERATURE EQUIPMENT CORP | $ 89,946.38 | $ 0.00 |
| 051 | RANDALL LUKAS & CORINNE LUKAS | $ 25,000.00 | $ 0.00 |
| 052 | MR & MRS GORENSTEIN | $ 355.00 | $ 0.00 |
| 053 | MR & MRS GARBER | $ 346.50 | $ 0.00 |
| 054 | MR & MRS ZASLAVSKY | $ 330.00 | $ 0.00 |
| 055 | MR & MRS MITCHELL | $ 299.50 | $ 0.00 |
| 056 | MR & MRS SUPERFINE | $ 490.00 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 057 | MR & MRS HUTCHINSON | $ 240.00 | $ 0.00 |
| 059 | MR & MRS AROSEN | $ 245.00 | $ 0.00 |
| 060 | EARL JAFFE | $ 385.00 | $ 0.00 |
| 061 | MR & MRS HOGAN | $ 385.00 | $ 0.00 |
| 062 | MR & MRS SCHAFFER | $ 240.00 | $ 0.00 |
| 063 | CAROLYN DAMON | $ 108.00 | $ 0.00 |
| 064 | AMERISAFE, INC. | $ 3,284.42 | $ 0.00 |
| 065 | MR & MRS BLODGETT | $ 330.75 | $ 0.00 |
| 066 | WRIGHT EXPRESS | $ 5,500.68 | $ 0.00 |
| 067 | MR & MRS HUTCHINSON | $ 240.00 | $ 0.00 |
| 068 | MR & MRS PLOUSSARD | $ 240.00 | $ 0.00 |
| 069 | MR & MRS HAGEDORN | $ 108.00 | $ 0.00 |
| 070 | EXCELSIOR MFG & SUPPLY CORP | $ 24,925.39 | $ 0.00 |
| 072 | MR & MRS PINTO | $ 240.00 | $ 0.00 |
| 073 | MR & MRS WOLF/KORNBLUM | $ 385.00 | $ 0.00 |
| 074 | MR & MRS GRAFLUND | $ 343.00 | $ 0.00 |
| 075 | SHEET METAL WERKS | $ 26,229.89 | $ 0.00 |
| 077 | MCSHANE CONSTRUCTION CORP | $ 209,948.00 | $ 0.00 |
| 078 | NICOR GAS | $ 3,071.53 | $ 0.00 |
| 079 | NATIONAL STABILIZATION AGREEMENT | $ 244,022.72 | $ 0.00 |
| 081 | PIPE FITTERS INDUSTRY FUND, LOCAL 597 | $ 5,615.34 | $ 0.00 |
| 083 | PIPE FITTERS LOCAL 597 UA | $ 179.66 | $ 0.00 |
| 084 | PIPE FITTERS WLFARE FUND LOCAL 597 | $ 164,583.13 | $ 0.00 |
| 085 | PIPE FITTERS RETIREMENT FUND LOCAL 597 | $ 122,588.31 | $ 0.00 |
| 086 | PIPE FITTERS TRAINING FUND LOCAL 597 | $ 12,673.16 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 31,452.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 088 | ROBINSON PLUYMERT PIERCEY MACDONALD & AMATO LTD. | $ 17,146.44 | $ 0.00 |
| 090 | EXCELSIOR MFG & SUPPLY CORP | $ 3,000.00 | $ 0.00 |
| 091 | UNIVERSAL HTG SUPPLIES | $ 6,000.00 | $ 0.00 |
| 092 | INTERNAL REVENUE SERVICE | $ 5,305.93 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R.§1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**