# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: SCARLET GLOW HEATING & COOLING CO | § Case No. 05-18106-JS |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Clerk of U.S. Bankruptcy Court
  219 S. Dearborn Street
  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 04/30/2010 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  01/11/2010              By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                 Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SCARLET GLOW HEATING & COOLING CO  § Case No. 05-18106-JS
§
§
Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $ 50,224.63

*and approved disbursements of*  $ 4,357.07

*leaving a balance on hand of* [1]  $ 45,867.56

Claims of secured creditors will be paid as follows:

*Claimant*                                                    *Proposed Payment*
                           N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DAVID GROCHOCINSKI, TRUSTEE | $ 5,761.23 | $ 20.77 |
| *Attorney for trustee* | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 22,500.00 | $ 565.80 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 8,600.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $93,348.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 001 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 2,811.25 | $ 337.15 |
| 002 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 2,837.20 | $ 340.27 |
| 004 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 1,297.50 | $ 155.61 |
| 005 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 415.20 | $ 49.80 |
| 006 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 8,511.60 | $ 1,020.80 |
| 007 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 1,401.30 | $ 168.06 |
| 008 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 467.10 | $ 56.02 |
| 009 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 648.75 | $ 77.80 |
| 010 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 15,440.25 | $ 1,851.76 |
| 011 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 138.40 | $ 16.60 |
| 013 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 5,146.75 | $ 617.25 |
| 014 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 8,433.75 | $ 1,011.46 |

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 019 | MR & MRS WOLF | $ 120.00 | $ 0.00 |
| 027 | MR & MRS KESSLER | $ 300.00 | $ 0.00 |
| 049 | MR & MRS RATSKOFF | $ 262.49 | $ 0.00 |
| 081 | PIPE FITTERS INDUSTRY FUND, LOCAL 597 | $ 350.34 | $ 42.02 |
| 083 | PIPE FITTERS LOCAL 597 UA | $ 79.45 | $ 9.53 |
| 084 | PIPE FITTERS WLFARE FUND LOCAL 597 | $ 11,253.57 | $ 1,349.64 |
| 085 | PIPE FITTERS RETIREMENT FUND LOCAL 597 | $ 9,831.76 | $ 1,179.13 |
| 086 | PIPE FITTERS TRAINING FUND LOCAL 597 | $ 1,141.13 | $ 136.86 |
| 087 | MR & MRS CHARDELL | $ 385.00 | $ 0.00 |
| 089 | MR & MRS MUSSIE | $ 347.00 | $ 0.00 |
| 092 | INTERNAL REVENUE SERVICE | $ 21,728.73 | $ 0.00 |

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 1,142,349.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

    Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 001 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 281.13 | $ 0.00 |
| 002 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 283.72 | $ 0.00 |
| 004 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 843.38 | $ 0.00 |
| 005 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 41.52 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| 006 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ | 851.16 | $ | 0.00 |
| 007 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ | 140.13 | $ | 0.00 |
| 008 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ | 46.71 | $ | 0.00 |
| 009 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ | 64.88 | $ | 0.00 |
| 010 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ | 1,544.03 | $ | 0.00 |
| 011 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ | 13.84 | $ | 0.00 |
| 012 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ | 65,485.53 | $ | 0.00 |
| 013 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ | 514.68 | $ | 0.00 |
| 014 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ | 843.38 | $ | 0.00 |
| 015 | MR & MRS HILLMAN | $ | 490.00 | $ | 0.00 |
| 016 | SUPERIOR DISTRIBUTION | $ | 82,197.65 | $ | 0.00 |
| 017 | MR & MRS GITLEMAN | $ | 441.00 | $ | 0.00 |
| 018 | MR & MRS MEDVILLE | $ | 192.50 | $ | 0.00 |
| 020 | MR & MRS BERDING | $ | 385.00 | $ | 0.00 |
| 021 | MR & MRS KRUGEL | $ | 445.00 | $ | 0.00 |
| 022 | MR & MRS BIGGERSTAFF | $ | 346.50 | $ | 0.00 |
| 023 | QUICK DELIVERY SERVICE INC. | $ | 1,092.27 | $ | 0.00 |
| 024 | MR & MRS DANZIG | $ | 240.00 | $ | 0.00 |
| 025 | MR & MRS SHEPP | $ | 319.50 | $ | 0.00 |
| 026 | MR & MRS SCHALLER | $ | 210.00 | $ | 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 028 | MACKE WATER SYSTEMS | $ 215.70 | $ 0.00 |
| 029 | G&O THERMAL SUPPLY COMPANY | $ 5,410.39 | $ 0.00 |
| 030 | COLTHARP'S SALES & SERVICE | $ 216.85 | $ 0.00 |
| 031 | MR & MRS FELICE | $ 79.00 | $ 0.00 |
| 032 | MR & MRS SCHAAF | $ 108.00 | $ 0.00 |
| 033 | AMERICAN COPPER & BRASS, INC. | $ 303.23 | $ 0.00 |
| 034 | MID-WEST MATERIAL INC. | $ 14,062.13 | $ 0.00 |
| 035 | MR & MRS RABIN | $ 240.00 | $ 0.00 |
| 036 | MR & MRS DOLNICK | $ 240.00 | $ 0.00 |
| 037 | MCBEE SYSTEMS, INC. | $ 58.75 | $ 0.00 |
| 038 | MR & MRS SUTERA | $ 385.00 | $ 0.00 |
| 039 | DELTA CONTROL PRODUCTS | $ 661.50 | $ 0.00 |
| 040 | MR & MRS STEEL | $ 460.00 | $ 0.00 |
| 041 | MR & MRS STEGNER | $ 180.00 | $ 0.00 |
| 042 | MR & MRS BERSON | $ 385.00 | $ 0.00 |
| 043 | MR & MRS TAUSIGG | $ 490.00 | $ 0.00 |
| 044 | MR & MRS KAPLAN | $ 95.34 | $ 0.00 |
| 045 | MR & MRS SMOLYAR | $ 100.00 | $ 0.00 |
| 046 | MR & MRS WAKE | $ 240.00 | $ 0.00 |
| 047 | NYKIEL CARLIN & CO LTD | $ 17,986.00 | $ 0.00 |
| 048 | MR & MRS REBECCA FLANAGAN | $ 240.00 | $ 0.00 |
| 050 | TEMPERATURE EQUIPMENT CORP | $ 89,946.38 | $ 0.00 |
| 051 | RANDALL LUKAS & CORINNE LUKAS | $ 25,000.00 | $ 0.00 |
| 052 | MR & MRS GORENSTEIN | $ 355.00 | $ 0.00 |
| 053 | MR & MRS GARBER | $ 346.50 | $ 0.00 |
| 054 | MR & MRS ZASLAVSKY | $ 330.00 | $ 0.00 |
| 055 | MR & MRS MITCHELL | $ 299.50 | $ 0.00 |
| 056 | MR & MRS SUPERFINE | $ 490.00 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 057 | MR & MRS HUTCHINSON | $ 240.00 | $ 0.00 |
| 059 | MR & MRS AROSEN | $ 245.00 | $ 0.00 |
| 060 | EARL JAFFE | $ 385.00 | $ 0.00 |
| 061 | MR & MRS HOGAN | $ 385.00 | $ 0.00 |
| 062 | MR & MRS SCHAFFER | $ 240.00 | $ 0.00 |
| 063 | CAROLYN DAMON | $ 108.00 | $ 0.00 |
| 064 | AMERISAFE, INC. | $ 3,284.42 | $ 0.00 |
| 065 | MR & MRS BLODGETT | $ 330.75 | $ 0.00 |
| 066 | WRIGHT EXPRESS | $ 5,500.68 | $ 0.00 |
| 067 | MR & MRS HUTCHINSON | $ 240.00 | $ 0.00 |
| 068 | MR & MRS PLOUSSARD | $ 240.00 | $ 0.00 |
| 069 | MR & MRS HAGEDORN | $ 108.00 | $ 0.00 |
| 070 | EXCELSIOR MFG & SUPPLY CORP | $ 24,925.39 | $ 0.00 |
| 072 | MR & MRS PINTO | $ 240.00 | $ 0.00 |
| 073 | MR & MRS WOLF/KORNBLUM | $ 385.00 | $ 0.00 |
| 074 | MR & MRS GRAFLUND | $ 343.00 | $ 0.00 |
| 075 | SHEET METAL WERKS | $ 26,229.89 | $ 0.00 |
| 077 | MCSHANE CONSTRUCTION CORP | $ 209,948.00 | $ 0.00 |
| 078 | NICOR GAS | $ 3,071.53 | $ 0.00 |
| 079 | NATIONAL STABILIZATION AGREEMENT | $ 244,022.72 | $ 0.00 |
| 081 | PIPE FITTERS INDUSTRY FUND, LOCAL 597 | $ 5,615.34 | $ 0.00 |
| 083 | PIPE FITTERS LOCAL 597 UA | $ 179.66 | $ 0.00 |
| 084 | PIPE FITTERS WLFARE FUND LOCAL 597 | $ 164,583.13 | $ 0.00 |
| 085 | PIPE FITTERS RETIREMENT FUND LOCAL 597 | $ 122,588.31 | $ 0.00 |
| 086 | PIPE FITTERS TRAINING FUND LOCAL 597 | $ 12,673.16 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 31,452.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 088 | ROBINSON PLUYMERT PIERCEY MACDONALD & AMATO LTD. | $ 17,146.44 | $ 0.00 |
| 090 | EXCELSIOR MFG & SUPPLY CORP | $ 3,000.00 | $ 0.00 |
| 091 | UNIVERSAL HTG SUPPLIES | $ 6,000.00 | $ 0.00 |
| 092 | INTERNAL REVENUE SERVICE | $ 5,305.93 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vbrown                 Page 1 of 4                   Date Rcvd: Mar 31, 2010
Case: 05-18106                 Form ID: pdf006              Total Noticed: 215


The following entities were noticed by first class mail on Apr 02, 2010.
db          +Scarlet Glow Heating & Cooling Company,    191 Covington Drive,    Bllomingdale, IL 60108-3107
aty         +Arthur W Rummler,    Law Offices of Arthur W. Rummler,    799 Roosevelt Road,
              Building 2, Suite 104,    Glen Ellyn, IL 60137-5908
aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Lester A Ottenheimer, III,    Ottenheimer Teplinsky & Rosenbloom, LLC,
              750 Lake Cook Rd - Ste 140,    Buffalo Grove, IL 60089-2071
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
9317124     +American Copper & Brass, Inc.,    Dept. 771007,    Detroit, MI 48277-0001
9317125      American National Insulation,    c/o Revenue Cycle Management,    705 Mariner's Plaza Drive,
              Mandeville, LA  70448
9317126     +Amerisafe, Inc.,    3990 Enterprise Court,    Aurora, IL 60504-8132
9317127     +Amerisafe, Inc.,    c/o Gavelli & Associates,    340 W. Butterfield Road, #2A,
              Elmhurst, IL 60126-5042
9317128     +Automatic Building Controls, Inc.,    1580 N. Northwest Highway,    Park Ridge, IL 60068-1444
9317129     +Avenue Metal Mfg Co., Inc.,    1640 W. Ogden Avenue,    Chicago, IL 60612-3288
9317130      B&L Blueprint,    610 Monaco Drive,    Roselle, IL  60172
9317131     +Bade Paper Products, Inc.,    667 Chaddick Drive,    Wheeling, IL 60090-6053
9317132     +Barnett,    PO Box 2317,    Jacksonville, FL 32203-2317
9317133      Bloomingdale Bank & Trust,    15 S. Bloomingdale Road,    Bloomingdale, IL  60108
9401627     +Bloomingdale Bank & Trust,    c/o Martin W. Salzman,    Schwartz Cooper Greenberger Krauss,
              180 N LaSalle St Ste 2700,    Chicago, IL 60601-2709
9317134     +Brucker Company,    1200 Greenleaf Avenue,    Elk Grove Village, IL 60007-5519
9317135     +Chicago Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
9317136     +Chicago Title Land Trust Company,    171 N. Clark Street, 4LT,    Chicago, IL 60601-3306
9317137     +Chicagoland Express, Inc.,    d/b/a CXI Trucking,    PO Box 1629,    Melrose Park, IL 60161-1629
9317138     +Coltharp's Sales & Service,    29W151 North Avenue, Unit 2,    West Chicago, IL 60185-1477
9317142     +DHL Express,    c/o NCO Financial Systems, Inc.,    Dept. 750,    1804 Washington Blvd.,
              Baltimore, MD 21230-1700
9317143     +DHL Express,    c/o OSI Collection Services, Inc.,    PO Box 965,    Brookfield, WI 53005,
              Chicago, IL 60690-0965
9449688     +Damon, Carolyn E,    400 N Clinton #407,    Chicago, IL 60654-8880
9317140     +Delta Control Products,    2031 W. Rose Garden Lane,    Phoenix, AZ 85027-2615
9317141     +Denardis,    c/o George A. Hesik & Associates, Ltd.,    821 Garfield Street,
              Oak Park, IL 60304-1902
9317144     +Dohn & Associates,    4811 Emerson Avenue, Suite 102,    Palatine, IL 60067-7416
9449666     +Dr Rossa,    5400 N Milwaukee Ave,    Chicago, IL 60630-1272
9451429     +Earl Jaffe,    654 Picardy Circle,    Northbrook, Il 60062-1718
9317145     +Excelsior Mfg & Supply Corp.,    Kohner Mann & Kailas,    4650 N Port Washingtion Road,
              Milwaukee, WI 53212-1077
9449667     +Fox Valley Hospice,    200 Whitfield Drive,    Geneva, IL 60134-1648
9317146     +G&O Thermal Supply Company,    5435 Northwest Highway,    Chicago, IL 60630-1132
9317147     +Gatwood Crane Service,    c/o Benjamin & Williams,    249 Main Street,
              East Setauket, NY 11733-2919
9317148     +Grainger,    1545 W. Fullerton Avenue,    Addison, IL 60101-3017
14747699    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA  19114)
9317119     +James Rustman,    665 W. Woodland Street,    Palatine, IL 60074-1079
9317120     +Jay Rustman,    490 Ridgefield Drive,    Roselle, IL 60172-2831
9317122     +Kirk Rustman,    5719 Silent Brook Lane,    Rolling Meadows, IL 60008-2121
9317149     +Lizzy Lift, Inc.,    c/o Pellettieri & Hennings, PC,    PO Box 189,    Lombard, IL 60148-0189
9317152     +MCI,    PO Box 96022,    Charlotte, NC 28296-0022
9317150     +Macke Water Systems,    PO Box 545,    Wheeling, IL 60090-0545
9317151     +McBee Systems, Inc.,    Attn: A/R,    500 Main Street,    Groton, MA 01471-0001
9886147     +McShane Construction Corporation,    c/o Michael Gilman,    O'Rourek, Hogan, Fowler & Dwyer,
              10 S. La Salle Street,    Suite 2900,    Chicago, IL 60603-1197
9568315      Mid-West Material Inc,    PO Box 345,    Perry, OH 44081-0345
9449668     +Mr & Mrs Covitt,    3031 Lexington Lane,    Glenview, IL 60026-5940
9449669     +Mr & Mrs. Mezyk,    4332 Phyllis Drive,    Northbrook, IL 60062-1026
9449670     +Mr & Mrs. Schlin,    1740 E Mission Hills Road #504,    Northbrook, IL 60062-5744
9449673     +Mr & Mrs. Zaslavsky,    241 Arrowwood Drive,    Northbrook, IL 60062-1040
9449674     +Mr and Mrs Arosen,    205 Linden Road,    Prospect Heights, IL 60070-1462
9449676     +Mr and Mrs Bellin,    517 Kelburn Road,    Deerfield, IL 60015-4334
9449677     +Mr and Mrs Berding,    3073 Lexington Lane,    Glenview, IL 60026-5942
9449678     +Mr and Mrs Berke,    3075 Lexington Lane,    Glenview, IL 60026-5942
9449680     +Mr and Mrs Biggerstaff,    279 Brittany Trial,    Elgin, IL 60120-4692
9449684     +Mr and Mrs Briskman,    3810 Mission Hills Road,    Northbrook, IL 60062-5741
9449685     +Mr and Mrs Chardell,    80 Sequola,    Deerfield, Il 60015-4462
9449686     +Mr and Mrs Cohen,    1800 E Mission Hills,    Northbrook, IL 60062-5732
9449687     +Mr and Mrs Dachman,    140 Manchester #2002,    Buffalo Grove, IL 60089-2421
9449690     +Mr and Mrs Diamond,    1831 E Mission Hills Road,    Northbrook, IL 60062-5726
9449691     +Mr and Mrs Dolnick,    2508 WIndsor Lane,    Northbrook, IL 60062-7041
9449693     +Mr and Mrs Edelcup,    2021 St John Ave #3A,    Highland Park, IL 60035-6108
9451417     +Mr and Mrs Graflund,    5889 Partridge Lane,    Long Grove, IL 60047-5056
9451406     +Mr and Mrs. Felice,    356 Essex Court,    Wood Dale, IL 60191-2320
9451409      Mr and Mrs. Fixler,    20221 St Johns Ave,    Highland Park, IL 60035
9451414     +Mr and Mrs. Gitleman,    1771 Mission Hills Road #215,    Northbrook, IL 60062-5717
9451435     +Mr and Mrs. Kaplan,    324 Basswood Drive,    Northbrook, IL 60062-1043
9451455     +Mr and Mrs. Mitchell,    1771 W Mission Hills Road #217,    Northbrook, IL 60062-5717
9451470     +Mr and Mrs. Portman,    9106 Samoset Trail,    Skokie, IL 60076-1756
9451410      Mr and Mrs. Rebecca C. Flanagan,    1030 Arbor Lane #202,    Northfield, IL 60093-3356
```

```
District/off: 0752-1          User: vbrown              Page 2 of 4                Date Rcvd: Mar 31, 2010
Case: 05-18106                Form ID: pdf006           Total Noticed: 215

9451482       +Mr and Mrs. Schaller,    3931 Mission Hills Road,    Northbrook, IL 60062-5713
9451497       +Mr and Mrs. Sutera,    400 N Clinton #305,    Chicago, Il 60654-8879
9449675       +Mr. & Mrs Behrens,    660 D W Fulton St,    Chicago, IL 60661-1188
9449672       +Mr. & Mrs Singer,    170 Manchester #312,    Buffalo Grove, IL 60089-6764
9449671       +Mr. & Mrs. Silcroft,    3043 Lexington Lane,    Glenview, IL 60026-5941
9449679       +Mr. and Mrs Berson,    835 Winchester Lane,    Northbrook, IL 60062-3300
9449689       +Mr. and Mrs Danzig,    115 Arrowwood Drive,    Northbrook, IL 60062-1038
9449692       +Mr. and Mrs Drungelo,    400 N Clinton #303,    Chicago, IL 60654-8879
9449694       +Mr. and Mrs Elovitz,    3741 S Mission Hills Road,    Northbrook, IL 60062-5727
9451420       +Mr. and Mrs Halpern,    1625 Glenview Road #1083,    Glenview, Il 60025-2959
9451468       +Mr. and Mrs Plotnick,    322 Basswood,    Northbrook, IL 60062-1043
9451469       +Mr. and Mrs Ploussard,    677 Shoreline Drive,    Barrington, IL 60010-3820
9451489       +Mr. and Mrs Shepp,    541 Locust Road,    Wilmette, IL 60091-2269
9451496       +Mr. and Mrs Superfine,    1911 Sheridan Road,    Buffalo Grove, Il 60089-8001
9449681       +Mr. and Mrs. Blodgett,    1030 Arbor Lane #303,    Northfield, IL 60093-3356
9449682       +Mr. and Mrs. Borin,    3810 Mission Hills Road #107,    Northbrook, IL 60062-5751
9449683       +Mr. and Mrs. Brandon,    4106 Picardy CR,    Northbrook, IL 60062-1712
9451405       +Mr. and Mrs. Fagan,    1149 Lockwood Drive,    Buffalo Grove, Il 60089-1182
9451407        Mr. and Mrs. Feuchtwanger,     101 N Eucile Ave #22,    Oak Park, IL 60302
9451408       +Mr. and Mrs. Fitzgibbons,    6040 Arbor Lane #201,    Northfield, IL 60093-3367
9451411       +Mr. and Mrs. Frank,    2021 St John Ave #10,    Highland Park, IL 60035-6108
9451412       +Mr. and Mrs. Freedberg,    1175 Lake Cook Road #509,    Northbrook, IL 60062-1552
9451413       +Mr. and Mrs. Garber,    2526 Burgundy Lane,    Northbrook, Il 60062-7026
9451415       +Mr. and Mrs. Glick,    1771 Mission Hills,    Northbrook, IL 60062-5720
9451416       +Mr. and Mrs. Gorenstein,    2021 St John Ave #P3,    Highland park, Il 60035-6104
9451418       +Mr. and Mrs. Gutterman,    800 Weidner Road #307,    Buffalo Grove, IL 60089-4758
9451419       +Mr. and Mrs. Hagedorn,    614 Glenwood,    Lombard, IL 60148-1468
9451421       +Mr. and Mrs. Hannah,    403 Satinwood Terrace,    Buffalo Grove, IL 60089-4606
9451422       +Mr. and Mrs. Hejnosz,    1856 Tamahawk,    Naperville, IL 60564-8924
9451423       +Mr. and Mrs. Hillman,    1831 Mission Hills Road,    Northbrook, IL 60062-5726
9451424       +Mr. and Mrs. Hockfield,    2429 Lexington Drive,    Long Grove, IL 60047-5010
9451425       +Mr. and Mrs. Hogan,    524 Ashford Lane,    Arlington Heights, IL 60004-7905
9451426       +Mr. and Mrs. Hutchinson,    Ms Joyce Carey,    140 N Euclid Ave #301,    Oak Park, IL 60302-1683
9451427       +Mr. and Mrs. Ionta,    1413 Aberdeen CT,    Naperville, IL 60564-9787
9451428       +Mr. and Mrs. Jacobs,    4304 Phyllis Dr,    Northbrook, IL 60062-1026
9451430       +Mr. and Mrs. Jannik,    718 Clarendon Springs Court,    Schaumburg, IL 60194-4502
9451431       +Mr. and Mrs. Joseph,    2021 St Johns Ave #2E,    Highland Park, IL 60035-6108
9451432       +Mr. and Mrs. Kahn,    2562 Wellington Court,    Evanston, IL 60201-4975
9451433       +Mr. and Mrs. Kaluzma,    769 Sussex Cr,    Vernon Hills, IL 60061-2942
9451434       +Mr. and Mrs. Kanter,    1831 Mission Hills Road #106,    Northbrook, IL 60062-5745
9451436       +Mr. and Mrs. Kempler,    308 Basswood,    Northbrook, IL 60062-1043
9451437       +Mr. and Mrs. Kessler,    1740 E Mission Hills Road #551,    Northbrook, IL 60062-5731
9451438       +Mr. and Mrs. Krinsky,    3124 Antelope Springs Dr,    Northbrook, IL 60062-3318
9451439       +Mr. and Mrs. Krugel,    1800 e Mission Hills Road,    Northbrook, IL 60062-5732
9451440       +Mr. and Mrs. Landau,    762 Horatio Blvd,    Buffalo Grove, Il 60089-6402
9451441       +Mr. and Mrs. Lasker,    1175 Lake Cook Road #401,    Northbrook, Il 60062-1551
9451442       +Mr. and Mrs. Levine,    1219 E Waverly,    Arlington Heights, IL 60004-2720
9451443       +Mr. and Mrs. Levinthal,    2244 Valencia,    Northbrook, IL 60062-7044
9451444       +Mr. and Mrs. Lipson,    1721 Mission Hills Road,    Northbrook, IL 60062-5719
9451445       +Mr. and Mrs. Lisula,    248 Southwicke Lane,    Schaumburg, IL 60173-2131
9451446       +Mr. and Mrs. Major,    13 W Sussex CR,    Vernon Hills, IL 60061-2937
9451447        Mr. and Mrs. Mantell,    1620 Mission Hills Road,    Northbrook, IL 60062
9451448       +Mr. and Mrs. Medville,    2500 Burgundy Lane,    Northbrook, IL 60062-7026
9451449       +Mr. and Mrs. Medweed,    8060 Arbor Lane,    Northfield, Il 60093-3397
9451450       +Mr. and Mrs. Melamed,    1460 Rolling Hills Court,    Buffalo Grove, IL 60089-6882
9451451       +Mr. and Mrs. Meldman,    3833 Mission Hills Road,    Northbrook, IL 60062-5711
9451452       +Mr. and Mrs. Michelson,    335 Basswood,    Northbrook, Il 60062-1044
9451453       +Mr. and Mrs. Mick,    2714 N Harvard Ave,    Arlington Heights, IL 60004-2043
9451454       +Mr. and Mrs. Mills,    1771 Mission Hills Road,    Northbrook, IL 60062-5720
9451456        Mr. and Mrs. Montemayor,    101 N Euclid #26,    Oak park, IL 60302
9451457       +Mr. and Mrs. Moody,    2534 Live Oak lane,    Buffalo Grove, IL 60089-4609
9451458       +Mr. and Mrs. Munoz,    603 Hampton CR,    Elgin, IL 60120-7631
9451459       +Mr. and Mrs. Murphy,    123 W Oak Street,    Chicago, Il 60610-7834
9451460       +Mr. and Mrs. Mussie,    302 Basswood,    Northbrook, IL 60062-1043
9451461       +Mr. and Mrs. Oberman,    1800 E Mission Hills Rd #517,    Northbrook, IL 60062-5750
9451462       +Mr. and Mrs. Oldenburg,    1300 N 36th Street,    Melrose Park, IL 60160-2725
9451463       +Mr. and Mrs. Palmer,    1570 Christina,    Lake Forest, Il 60045-3848
9451464       +Mr. and Mrs. Patt,    1716 Crilly Court,    Chicago, IL 60614-5700
9451466       +Mr. and Mrs. Pearlman,    1205 Stratford Place,    Northbrook, Il 60062-4227
9451465       +Mr. and Mrs. Pearlman,    1721 S Mission Hills Road #502,    Northbrook, IL 60062-5716
9451467       +Mr. and Mrs. Pinto,    20 S Clay Street,    Hinsdale, IL 60521-3254
9451471       +Mr. and Mrs. Rabin,    3032 Lexington Lane,    Glenview, Il 60026-5935
9451472       +Mr. and Mrs. Rappeport,    2520 Burgundy Lane,    Northbrook, IL 60062-7026
9451473       +Mr. and Mrs. Ratskoff,    6040 Arbor Lane #101,    Northfield, Il 60093-3367
9451474       +Mr. and Mrs. Resnick,    214 Honeysuckle Drive,    Northbrook, IL 60062-1041
9451475       +Mr. and Mrs. Richter,    458 Sumac,    Highland Park, IL 60035-4446
9451476       +Mr. and Mrs. Rosen,    319 Buckthorn,    Northbrook, IL 60062-1046
9451477       +Mr. and Mrs. Rosenfeld,    949 W Madison #502,    Chicago, IL 60607-2665
9451478       +Mr. and Mrs. Ross,    1853 Mission Hills Lane,    Northbrook, IL 60062-5760
9451479       +Mr. and Mrs. Rusky,    244 Monson Court,    Schaumburg, IL 60173-2114
9451480       +Mr. and Mrs. Schaaf,    1795 Camden Drive,    Glenview, IL 60025-7605
9451481       +Mr. and Mrs. Schaffer,    869 Kent Circle,    Bartlett, Il 60103-4583
9451483       +Mr. and Mrs. Schnitzer,    320 Oak Knoll Terrace,    Northbrook, Il 60062-1048
9451484       +Mr. and Mrs. Schumacher,    3740 Pebble Beach Road,    Northbrook, Il 60062-3110
```

```
District/off: 0752-1          User: vbrown                Page 3 of 4                   Date Rcvd: Mar 31, 2010
Case: 05-18106                Form ID: pdf006             Total Noticed: 215

9451485       +Mr. and Mrs. Serck,    336 Basswood Lane,     Northbrook, IL 60062-1043
9451486       +Mr. and Mrs. Servos,    3860 Mission Hills Road,     Northbrook, IL 60062-5742
9451487       +Mr. and Mrs. Sharp,    1520 Grant Road,     Northbrook, IL 60062-4719
9451488       +Mr. and Mrs. Shedd,    4981 Thornbark Drive,     Barrington, IL 60010-5861
9451490       +Mr. and Mrs. Silverman,    1740 Mission Hills,     Northbrook, IL 60062-5731
9451491       +Mr. and Mrs. Smolyar,    3014 Lexington Lane,     Glenview, Il 60026-5934
9451492       +Mr. and Mrs. Spade,    1568 Cloverdale Ave,     Highland Park, Il 60035-2759
9451493       +Mr. and Mrs. Steel,    328 Basswood,     Northbrook, Il 60062-1043
9451494       +Mr. and Mrs. Stegner,    3412 Linneman St,     Glenview, IL 60025-3922
9451495       +Mr. and Mrs. Stewart,    101 N Euclid Ave #24,     Oak park, IL 60301-1432
9451498       +Mr. and Mrs. Tausigg,    1740 Mission Hills #411,     Northbrook, Il 60062-5744
9451499       +Mr. and Mrs. Taxman,    361 Kelbourn,     Deerfield, Il 60015-4354
9451500       +Mr. and Mrs. Tehrani,    25 W 544 Plamondon Road,     Wheaton, IL 60189-7363
9451501       +Mr. and Mrs. Temple,    1503 Shoreline Drive,     St Charles, Il 60174-5543
9451502       +Mr. and Mrs. Wake,    387 Wisteria,     Streamwood, Il 60107-2265
9451503       +Mr. and Mrs. Waldron,    2021 St John Ave #1B,     Highland Park, IL 60035-6123
9451504       +Mr. and Mrs. Warhaftig,    400 N Clinton #301,     Chicago, IL 60654-8879
9451505       +Mr. and Mrs. Weisman,    205 Arrowwood,     Northbrook, IL 60062-1040
9451506       +Mr. and Mrs. White,    3810 S Mission Hills Road,     Northbrook, IL 60062-5741
9451507       +Mr. and Mrs. Wolf,    3023 Lexington Lane,     Glenview, IL 60026-5940
9451508       +Mr. and Mrs. Wolf/Kornblum,    7030 Arbor Lane #301,     Northfield, Il 60093-3368
9451749       +Mr. and Mrs. Yonan,    4510 Deer Trail,     Northbrook, IL 60062-1054
9451750       +Mr. and Mrs. Zawila,    184 Robin Court,     Bloomingdale, IL 60108-1339
9451751       +Mr. and Mrs. Zelkowitz,    2021 St Johns Ave P4,     Highland Park, IL 60035-6104
9317153       +National Stab Agreement of the,     Sheet Metal Industry Trust Fund,    The Penn Mutual Towers,
                510 Walnut Street,    Philadelphia, PA 19106-3619
9451752       +National Stabilization Agreement of the,     c/o Horwood Marcus & Burk Cht,
                180 N Lasalle St Ste 3700,    Chicago, IL 60601-2809
9317154       +Nicor Gas,    PO Box 310,    Aurora, IL 60507-0310
9317155       +Nykiel-Carlin & Co., Ltd.,    1300 Woodfield Road, Suite 110,     Schaumburg, IL 60173-4908
9905792       +Pipe Fitters Industry Fund, Local 597,     c/o Johnson, Smetters & Krol, LLC,
                208 S. LaSalle St., Ste. 1602,    Chicago, IL 60604-1186
9905793       +Pipe Fitters Local 597, U.A.,    c/o Johnson, Smetters & Krol, LLC,
                208 S. LaSalle St., Ste. 1602,    Chicago, IL 60604-1186
9317156       +Pipe Fitters Retirement Fund Local 597,     c/o Johnson, Smetters & Krol, LLC,
                208 S. LaSalle St., #1602,    Chicago, IL 60604-1186
9905791       +Pipe Fitters Training Fund, Local 597,     c/o Johnson, Smetters & Krol, LLC,
                208 S. LaSalle St., Ste. 1602,    Chicago, IL 60604-1186
9905789       +Pipe Fitters Trust Funds, Local 597,     c/o Johnson, Smetters & Krol LLC,
                208 S. LaSalle St., Ste. 1602,    Chicago, IL 60604-1186
9905790       +Pipe Fitters Welfare Fund, Local 597,     c/o Johnson, Smetters & Krol, LLC,
                208 S. LaSalle St., Ste. 1602,    Chicago, IL 60604-1186
9317157       +Porter Pipe & Supply,    35049 Eagle Way,     Chicago, IL 60678-0001
9317158       +Premier Environmental Technologies, Inc.,     2198 Ogden Avenue, #178,    Aurora, IL 60504-7215
9451757       +Premier Evironmental Technologies Inc,     2198 Ogden Ave #178,    Aurora, IL 60504-7215
9317159       +Quick Delivery Service, Inc.,    632 Pratt Avenue North,     Schaumburg, IL 60193-4557
9451759       +Randall Lukas & Corinne Lukas,    c/o Law Offices of Robert J Krupp PC,     990 S Bartlett Road,
                Bartlett, IL 60103-6500
9317160       +Randall Lukas & Corinne Lukas,    c/o Law Offices of Robert J. Krupp, P.C.,     990 S. Bartlett Road,
                Bartlett, IL 60103-6500
9451760       +Renissance Bldg #5,    7051 W Touhy Ave,     Niles, IL 60714-4383
9924602       +Robinson Pluymert Piercey MacDonald & Amato Ltd,      2300 Barrington Road Suite 220,
                Hoffman Estates, IL 60169-2034
9317161       +SBC,   Bill Payment Center,    Saganaw, MI 48663-0001
9451761       +Sanders Court Pediatrics,    4113 Dundee Road,     Northbrook, IL 60062-2129
9451763       +Sheet Metal Werks,    1757 S Mount Prospect Road,     Des Plaines, IL 60018-1803
9317162       +Sheet Metal Werks,    455 E Algonquin Road,     Arlington Heights, IL 60005-4620
9317163       +Sheet Metal Workers Local 265,    Welfare Fund,     c/o Baum Sigman Auerbach & Neuman,
                200 W. Adams St., #2200,    Chicago, IL 60606-5231
9438011       +Sheet Metal Workers Local 265 Pension Fund,     C/O Baum Sigman Auerbach & Neuman Ltd,
                Catherine M Chapman,    200 W Adams Street Suite 2200,     Chicago, IL 60606-5231
9438010       +Sheet Metal Workers Local 265 Savings Fund,     C/O Baum Sigman Auerbach & Neuman Ltd,
                Catherine M Chapman,    200 W Adams Street Suite 2200,     Chicago, IL 60606-5231
9451764       +Sheet Metal Works Local 265,    Welfare Fund,     c/o Baum Sigman Auerbach & Neuman,
                200 W Adams St #2200,    Chicago, Il 60606-5231
9317164       +Skokie Valley/Wheeling IDM,    PO Box 46466,     Plymouth, MN 55446-0466
9451766       +Superior Distribution,    C/O Rubin & Levin, P.C.,     342 Massachusetts Ave,
                Indianapolis, IN 46204-2146
9317165       +Superior Distribution of Chicago, Inc.,     980 Remington Road,    Schaumburg, IL 60173-4516
9317166       +Superior Distribution of Chicago, Inc.,     c/o Teller Levit & Silvertrust, P.C.,
                11 E. Adams Street, #800,    Chicago, IL 60603-6324
9317167       +Temperature Equipment Corporation,    17725 Volbrecht Road,     Lansing, IL 60438-4539
9317168       +Trans Energy Systems,    1480 Renaissance Drive, Suite 211,     Park Ridge, IL 60068-1353
9317169       +Universal Heating Supplies,    325 W. Laura Drive,     Addison, IL 60101-5015
9317170       +Vesco,   840 N. Addison,    Elmhurst, IL 60126-1292
9317171       +Waste Management,    c/o Dunn & Bradstreet,     Receivable Management Services,
                4836 Brecksville Road,    Richfield, OH 44286-9177
9317172       +Weiss Development/Village Green,    c/o Robinson, Pluymert, Piercey,     MacDonald & Amato, Ltd.,
                2300 Barrington Road, #220,    Hoffman Estates, IL 60169-2034
9317173       +Wright Express,    PO Box 639,    Portland, ME 04104-0639
```

Case 05-18106   Doc 116   Filed 03/31/10   Entered 04/02/10 23:29:56   Desc Imaged
Certificate of Service   Page 14 of 14

```
District/off: 0752-1          User: vbrown               Page 4 of 4                  Date Rcvd: Mar 31, 2010
Case: 05-18106                Form ID: pdf006            Total Noticed: 215

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Mar 31, 2010.
9317139      +E-mail/Text: legalcollections@comed.com                             Commonwealth Edison,
              Bill Payment Center,    Chicago, IL 60668-0001
9891711      +E-mail/Text: bankrup@nicor.com                                      Nicor Gas,    PO Box 549,
              Aurora IL 60507-0549
                                                                                                 TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9317118       191 Covington Partnership
9317123       191 Covington Partnership
9317121       Jefferson   Heating & Cooling
9683288*     +Mr and Mrs Hagedorn,    614 Glenwood,    Lombard, IL 60148-1468
9970161*     +Mr and Mrs Mussie,    302 Basswood,    Northbrook, IL 60062-1043
9451753*     +Nicor Gas,   Po Box 310,    Aurora, Il 60507-0310
9451754*     +Nykiel Carlin & Co Ltd,    1300 Woodfield Road ste 110,    Schaumburg, Il 60173-4908
9451755*     +Pipe Fitters Retirement Fund Local 597,    c/o Johnson smetters & krol llc,
              208 S Lasalle St #1602,    Chicago, IL 60604-1186
9451756*     +Porter Pipe & Supply,    35049 Eagle Way,    Chicago, IL 60678-0001
9451758*     +Quick Delivery Service Inc,    632 Pratt Ave North,    Schaumburg, Il 60193-4557
9451762*     +SBC,   Bill Payment Center,    Saganaw, MI 48663-0001
9451765*     +Skokie Valley/Wheeling IDM,    Po Box 46466,    Plymouth, MN 55446-0466
9451767*     +Superior Distribution of Chicago Inc,    980 Remington Road,    Schaumburg, IL 60173-4516
9451768*     +Temperature Equipment Corporation,    17725 Volbrecht Road,    Lansing, IL 60438-4539
9451769*     +Trans Energy Systems,    1480 Renaissance Drive Ste 211,    Park Ridge, IL 60068-1353
9451770*     +Universal Heating Supplies,    325 W Laura Drive,    Addison, IL 60101-5015
9451771*     +Vesco,   840 N Addison,    Elmhurst, Il 60126-1292
                                                                                              TOTALS: 3, * 14

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2010**          **Signature:**   *Joseph Speetjens*