**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: SCARLET GLOW HEATING & COOLING CO    § Case No. 05-18106-JS
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $5,510.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $8,423.81 | Claims Discharged Without Payment: $1,236,998.11 |
| Total Expenses of Administration: $41,804.87 | |

    3) Total gross receipts of $ 50,228.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $50,228.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $341,367.68 | $47,095.71 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 87,959.87 | 41,804.87 | 41,804.87 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 107,050.83 | 93,348.52 | 8,423.81 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,383,750.13 | 1,173,802.13 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,920,128.51 | $1,356,051.23 | $50,228.68 |

4) This case was originally filed under Chapter 7 on May 05, 2005.
. The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/19/2010        By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 1999 CHEVY VAN | 1129-000 | 4,750.00 |
| 2000 GMC PICKUP | 1129-000 | 3,000.00 |
| 1998 CHEVY G30 VAN | 1229-000 | 2,000.00 |
| 1988 CHEVY G30 VAN | 1229-000 | 150.00 |
| UNSCHEDULED REFUND | 1290-000 | 29.55 |
| PREFERENCES | 1241-000 | 40,100.00 |
| Interest Income | 1270-000 | 199.13 |
| **TOTAL GROSS RECEIPTS** | | **$50,228.68** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MR & MRS SMOLYAR | 4210-000 | N/A | 100.00 | 100.00 | 0.00 |
| PIPEFITTERS TRUST FUNDS, LOCAL 597 | 4110-000 | N/A | 294,271.97 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 4300-000 | N/A | 46,995.71 | 46,995.71 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $341,367.68 | $47,095.71 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 565.80 | 565.80 | 565.80 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 68,655.00 | 22,500.00 | 22,500.00 |
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 5,761.23 | 5,761.23 | 5,761.23 |
| DAVID GROCHOCINSKI, TRUSTEE | 2200-000 | N/A | 20.77 | 20.77 | 20.77 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 8,600.00 | 8,600.00 | 8,600.00 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | N/A | 992.77 | 992.77 | 992.77 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.46 | 8.46 | 8.46 |
| SIR SPEEDY | 2990-000 | N/A | 91.14 | 91.14 | 91.14 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.77 | 7.77 | 7.77 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2700-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.34 | 10.34 | 10.34 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 100.00 | 100.00 | 100.00 |
| EXPRESS ONE - CHICAGO | 2990-000 | N/A | 36.42 | 36.42 | 36.42 |
| INTERNAL REVENUE SERVICE | 2990-000 | N/A | 39.00 | 39.00 | 39.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 33.09 | 33.09 | 33.09 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 38.08 | 38.08 | 38.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 87,959.87 | 41,804.87 | 41,804.87 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 2,811.25 | 2,811.25 | 337.33 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 2,837.20 | 2,837.20 | 340.43 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 13,443.20 | 0.00 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 1,297.50 | 1,297.50 | 155.68 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 415.20 | 415.20 | 49.82 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 8,511.60 | 8,511.60 | 1,021.29 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 1,401.30 | 1,401.30 | 168.14 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 467.10 | 467.10 | 56.05 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 648.75 | 648.75 | 77.84 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 15,440.25 | 15,440.25 | 1,852.65 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 138.40 | 138.40 | 16.61 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 5,146.75 | 5,146.75 | 617.55 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 5400-000 | N/A | 8,433.75 | 8,433.75 | 1,011.95 |
| MR & MRS WOLF | 5600-000 | N/A | 120.00 | 120.00 | 0.00 |
| MR & MRS KESSLER | 5600-000 | N/A | 300.00 | 300.00 | 0.00 |
| MR & MRS RATSKOFF | 5600-000 | N/A | 262.49 | 262.49 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| CLAIMANT | | | | | |
|---|---|---|---|---|---|
| PIPE FITTERS INDUSTRY FUND, LOCAL 597 | 5400-000 | N/A | 350.34 | 350.34 | 42.04 |
| PIPE FITTERS LOCAL 597 UA | 5400-000 | N/A | 259.11 | 0.00 | 0.00 |
| PIPE FITTERS LOCAL 597 UA | 5400-000 | N/A | 79.45 | 79.45 | 9.53 |
| PIPE FITTERS WLFARE FUND LOCAL 597 | 5400-000 | N/A | 11,253.57 | 11,253.57 | 1,350.29 |
| PIPE FITTERS RETIREMENT FUND LOCAL 597 | 5400-000 | N/A | 9,831.76 | 9,831.76 | 1,179.69 |
| PIPE FITTERS TRAINING FUND LOCAL 597 | 5400-000 | N/A | 1,141.13 | 1,141.13 | 136.92 |
| MR & MRS CHARDELL | 5600-000 | N/A | 385.00 | 385.00 | 0.00 |
| MR & MRS MUSSIE | 5600-000 | N/A | 347.00 | 347.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 5800-000 | N/A | 21,728.73 | 21,728.73 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 107,050.83 | 93,348.52 | 8,423.81 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 281.13 | 281.13 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 283.72 | 283.72 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 843.38 | 843.38 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 41.52 | 41.52 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 851.16 | 851.16 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 140.13 | 140.13 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 46.71 | 46.71 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 64.88 | 64.88 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 1,544.03 | 1,544.03 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 13.84 | 13.84 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 65,485.53 | 65,485.53 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 514.68 | 514.68 | 0.00 |
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 7100-000 | N/A | 843.38 | 843.38 | 0.00 |
| MR & MRS HILLMAN | 7100-000 | N/A | 490.00 | 490.00 | 0.00 |
| SUPERIOR DISTRIBUTION | 7100-000 | N/A | 82,197.65 | 82,197.65 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| MR & MRS GITLEMAN | 7100-000 | N/A | 441.00 | 441.00 | 0.00 |
| MR & MRS MEDVILLE | 7100-000 | N/A | 192.50 | 192.50 | 0.00 |
| MR & MRS BERDING | 7100-000 | N/A | 385.00 | 385.00 | 0.00 |
| MR & MRS KRUGEL | 7100-000 | N/A | 445.00 | 445.00 | 0.00 |
| MR & MRS BIGGERSTAFF | 7100-000 | N/A | 346.50 | 346.50 | 0.00 |
| QUICK DELIVERY SERVICE INC. | 7100-000 | N/A | 1,092.27 | 1,092.27 | 0.00 |
| MR & MRS DANZIG | 7100-000 | N/A | 240.00 | 240.00 | 0.00 |
| MR & MRS SHEDD | 7100-000 | N/A | 319.50 | 319.50 | 0.00 |
| MR & MRS SCHALLER | 7100-000 | N/A | 210.00 | 210.00 | 0.00 |
| MACKE WATER SYSTEMS | 7100-000 | N/A | 215.70 | 215.70 | 0.00 |
| G&O THERMAL SUPPLY COMPANY | 7100-000 | N/A | 5,410.39 | 5,410.39 | 0.00 |
| COLTHARP'S SALES & SERVICE | 7100-000 | N/A | 216.85 | 216.85 | 0.00 |
| MR & MRS FELICE | 7100-000 | N/A | 79.00 | 79.00 | 0.00 |
| MR & MRS SCHAAF | 7100-000 | N/A | 108.00 | 108.00 | 0.00 |
| AMERICAN COPPER & BRASS, INC. | 7100-000 | N/A | 303.23 | 303.23 | 0.00 |
| MID-WEST MATERIAL INC. | 7100-000 | N/A | 14,062.13 | 14,062.13 | 0.00 |
| MR & MRS RABIN | 7100-000 | N/A | 240.00 | 240.00 | 0.00 |
| MR & MRS DOLNICK | 7100-000 | N/A | 240.00 | 240.00 | 0.00 |
| MCBEE SYSTEMS, INC. | 7100-000 | N/A | 58.75 | 58.75 | 0.00 |
| MR & MRS SUTERA | 7100-000 | N/A | 385.00 | 385.00 | 0.00 |
| DELTA CONTROL PRODUCTS | 7100-000 | N/A | 661.50 | 661.50 | 0.00 |
| MR & MRS STEEL | 7100-000 | N/A | 460.00 | 460.00 | 0.00 |
| MR & MRS STEGNER | 7100-000 | N/A | 180.00 | 180.00 | 0.00 |
| MR & MRS BERSON | 7100-000 | N/A | 385.00 | 385.00 | 0.00 |
| MR & MRS TAUSIGG | 7100-000 | N/A | 490.00 | 490.00 | 0.00 |
| MR & MRS KAPLAN | 7100-000 | N/A | 95.34 | 95.34 | 0.00 |
| MR & MRS SMOLYAR | 7100-000 | N/A | 100.00 | 100.00 | 0.00 |
| MR & MRS WAKE | 7100-000 | N/A | 240.00 | 240.00 | 0.00 |
| NYKIEL CARLIN & CO LTD | 7100-000 | N/A | 17,986.00 | 17,986.00 | 0.00 |
| MR & MRS REBECCA FLANAGAN | 7100-000 | N/A | 240.00 | 240.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| TEMPERATURE EQUIPMENT CORP | 7100-000 | N/A | 89,946.38 | 89,946.38 | 0.00 |
| RANDALL LUKAS & CORINNE LUKAS | 7100-000 | N/A | 25,000.00 | 25,000.00 | 0.00 |
| MR & MRS GORENSTEIN | 7100-000 | N/A | 355.00 | 355.00 | 0.00 |
| MR & MRS GARBER | 7100-000 | N/A | 346.50 | 346.50 | 0.00 |
| MR & MRS ZASLAVSKY | 7100-000 | N/A | 330.00 | 330.00 | 0.00 |
| MR & MRS MITCHELL | 7100-000 | N/A | 299.50 | 299.50 | 0.00 |
| MR & MRS SUPERFINE | 7100-000 | N/A | 490.00 | 490.00 | 0.00 |
| MR & MRS HUTCHINSON | 7100-000 | N/A | 240.00 | 240.00 | 0.00 |
| MR & MRS JANNIK | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| MR & MRS AROSEN | 7100-000 | N/A | 245.00 | 245.00 | 0.00 |
| EARL JAFFE | 7100-000 | N/A | 385.00 | 385.00 | 0.00 |
| MR & MRS HOGAN | 7100-000 | N/A | 385.00 | 385.00 | 0.00 |
| MR & MRS SCHAFFER | 7100-000 | N/A | 240.00 | 240.00 | 0.00 |
| CAROLYN DAMON | 7100-000 | N/A | 108.00 | 108.00 | 0.00 |
| AMERISAFE, INC. | 7100-000 | N/A | 3,284.42 | 3,284.42 | 0.00 |
| MR & MRS BLODGETT | 7100-000 | N/A | 330.75 | 330.75 | 0.00 |
| WRIGHT EXPRESS | 7100-000 | N/A | 5,500.68 | 5,500.68 | 0.00 |
| MR & MRS HUTCHINSON | 7100-000 | N/A | 240.00 | 240.00 | 0.00 |
| MR & MRS PLOUSSARD | 7100-000 | N/A | 240.00 | 240.00 | 0.00 |
| MR & MRS HAGEDORN | 7100-000 | N/A | 108.00 | 108.00 | 0.00 |
| EXCELSIOR MFG & SUPPLY CORP | 7100-000 | N/A | 24,925.39 | 24,925.39 | 0.00 |
| MR & MRS PORTMAN | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| MR & MRS PINTO | 7100-000 | N/A | 240.00 | 240.00 | 0.00 |
| MR & MRS WOLF/KORNBLUM | 7100-000 | N/A | 385.00 | 385.00 | 0.00 |
| MR & MRS GRAFLUND | 7100-000 | N/A | 343.00 | 343.00 | 0.00 |
| SHEET METAL WERKS | 7100-000 | N/A | 26,229.89 | 26,229.89 | 0.00 |
| MCSHANE CONSTRUCTION CORP | 7100-000 | N/A | 209,948.00 | 0.00 | 0.00 |
| MCSHANE CONSTRUCTION CORP | 7100-000 | N/A | 209,948.00 | 209,948.00 | 0.00 |
| NICOR GAS | 7100-000 | N/A | 3,071.53 | 3,071.53 | 0.00 |
| NATIONAL STABILIZATION AGREEMENT | 7100-000 | N/A | 244,022.72 | 244,022.72 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | | |
|---|---|---|---|---|---|---|
| PIPE FITTERS INDUSTRY FUND, LOCAL 597 | 7100-000 | N/A | | 5,615.34 | 5,615.34 | 0.00 |
| PIPE FITTERS LOCAL 597 UA | 7100-000 | N/A | | 179.66 | 179.66 | 0.00 |
| PIPE FITTERS WLFARE FUND LOCAL 597 | 7100-000 | N/A | | 164,583.13 | 164,583.13 | 0.00 |
| PIPE FITTERS RETIREMENT FUND LOCAL 597 | 7100-000 | N/A | | 122,588.31 | 122,588.31 | 0.00 |
| PIPE FITTERS TRAINING FUND LOCAL 597 | 7100-000 | N/A | | 12,673.16 | 12,673.16 | 0.00 |
| ROBINSON PLUYMERT PIERCEY MACDONALD & AMATO LTD. | 7200-000 | N/A | | 17,146.44 | 17,146.44 | 0.00 |
| EXCELSIOR MFG & SUPPLY CORP | 7200-000 | N/A | | 3,000.00 | 3,000.00 | 0.00 |
| UNIVERSAL HTG SUPPLIES | 7200-000 | N/A | | 6,000.00 | 6,000.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 7200-000 | N/A | | 5,305.93 | 5,305.93 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 1,383,750.13 | 1,173,802.13 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-18106-JS  
**Case Name:** SCARLET GLOW HEATING & COOLING CO  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 05/05/05 (f)  
**§341(a) Meeting Date:** 06/22/05  

**Period Ending:** 07/19/10  
**Claims Bar Date:** 09/27/05  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | PETTY CASH | 10.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNTS | 3,500.00 | 0.00 | | 0.00 | FA |
| 4 | A/R | 725,445.29 | 0.00 | | 0.00 | FA |
| 5 | 1998 FORD RANGER PICKUP | 600.00 | 600.00 | DA | 0.00 | FA |
| 6 | 1999 CHEVY TRUCK | 4,900.00 | 4,900.00 | DA | 0.00 | FA |
| 7 | 1999 CHEVY VAN | 4,900.00 | 4,900.00 | | 4,750.00 | FA |
| 8 | 2000 GMC PICKUP | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 9 | OFFICE EQUIPMENT | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | MACHINERY, ETC. | 115,000.00 | 0.00 | | 0.00 | FA |
| 11 | INVENTORY | 350,000.00 | 0.00 | | 0.00 | FA |
| 12 | 1998 CHEVY G30 VAN  (u) | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 13 | 1988 CHEVY G30 VAN  (u) | 150.00 | 150.00 | | 150.00 | FA |
| 14 | UNSCHEDULED REFUND  (u) | 29.55 | 29.55 | | 29.55 | FA |
| 15 | PREFERENCES  (u) | Unknown | Unknown | | 40,100.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 199.13 | FA |
| 16 | Assets  Totals (Excluding unknown values) | **$1,211,034.84** | **$15,579.55** | | **$50,228.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

   INVESTIGATING INSIDER TRANSACTIONS  
   EMPLOYED ACCOUNTANT TO REVIEW RECORDS; AWAITING RECORDS FROM BANK  
   LIKELY CAUSE OF ACTION VS. INSIDERS; ACTION FILED AND PREFERENCE MATTERS FILED; TRIALS WILL NOT BE COMPLETED UNTIL LATE 2008;  
   SETTLEMENT REACHED IN LATE 2008; EXPECT FINAL TAX RETURNS IN FIRST HALF OF 2009; CLAIMS OBJECTION NEGOTIATIONS PENDING

**Initial Projected Date Of Final Report (TFR):**   December 31, 2007     **Current Projected Date Of Final Report (TFR):**   March 25, 2010  (Actual)

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-18106-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | SCARLET GLOW HEATING & COOLING CO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****31-65 - Money Market Account |
| Taxpayer ID #: | **-***8816 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 07/19/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/22/05 | | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF VARIOUS VEHICLES | | 9,900.00 | | 9,900.00 |
| | {8} | | 3,000.00 | 1129-000 | | | 9,900.00 |
| | {7} | | 4,750.00 | 1129-000 | | | 9,900.00 |
| | {12} | | 2,000.00 | 1229-000 | | | 9,900.00 |
| | {13} | | 150.00 | 1229-000 | | | 9,900.00 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.90 | | 9,900.90 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.95 | | 9,905.85 |
| 01/23/06 | 1001 | AMERICAN AUCTION ASSOCIATES, INC. | REIMBURSEMENT OF AUCTION COSTS | 3620-000 | | 992.77 | 8,913.08 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.48 | | 8,918.56 |
| 02/09/06 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #05B-18106, Bond #016026455 | 2300-000 | | 8.46 | 8,910.10 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.79 | | 8,914.89 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.30 | | 8,920.19 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.65 | | 8,925.84 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.07 | | 8,931.91 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.87 | | 8,937.78 |
| 07/10/06 | {14} | VISA CHECK/MASTER MONEY | DISTRIBUTION IN VISA/CHECK LITIGATION | 1290-000 | 29.55 | | 8,967.33 |
| 07/11/06 | 1003 | SIR SPEEDY | COPY CHARGES | 2990-000 | | 91.14 | 8,876.19 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.06 | | 8,882.25 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.04 | | 8,888.29 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.64 | | 8,893.93 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.23 | | 8,900.16 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.85 | | 8,906.01 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.65 | | 8,911.66 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.94 | | 8,917.60 |
| 02/12/07 | 1004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-18106, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 7.77 | 8,909.83 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.44 | | 8,914.27 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.76 | | 8,919.03 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.92 | | 8,923.95 |
| 05/04/07 | 1005 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT FOR 10 ADVERSARY FILING FEES | 2700-000 | | 2,500.00 | 6,423.95 |
| 05/07/07 | | To Account #********3166 | TRANSFER FUNDS | 9999-000 | | 250.00 | 6,173.95 |
| | | | Subtotals : | | $10,024.09 | $3,850.14 | |

{} Asset reference(s)

Printed: 07/19/2010 10:56 AM    V.12.08

## FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-18106-JS  
**Case Name:** SCARLET GLOW HEATING & COOLING CO  

**Taxpayer ID #:** **-***8816  
**Period Ending:** 07/19/10  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.05 | | 6,178.00 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.18 | | 6,181.18 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.52 | | 6,184.70 |
| 08/28/07 | {15} | SHEET METAL WERKS INC. | SETTLEMENT OF PREFERENCE | 1241-000 | 1,000.00 | | 7,184.70 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.43 | | 7,188.13 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.58 | | 7,191.71 |
| 10/04/07 | {15} | EXCELSIOR MFG & SUPPLY CORP | SETTLEMENT OF PREFERENCE | 1241-000 | 3,000.00 | | 10,191.71 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.45 | | 10,197.16 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.30 | | 10,202.46 |
| 12/07/07 | 1006 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT OF ADVERSARY FILING FEE | 2700-000 | | 250.00 | 9,952.46 |
| 12/12/07 | {15} | UNIVERSAL HEATING SUPPLIES INC. | SETTLEMENT PAYMENT | 1241-000 | 800.00 | | 10,752.46 |
| 12/14/07 | {15} | VESCO, INC. | SETTLEMENT OF PREFERENCE | 1241-000 | 1,100.00 | | 11,852.46 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.56 | | 11,858.02 |
| 01/08/08 | {15} | UNIVERSAL HEATING SUPPLIES, INC. | SETTLEMENT PAYMENT | 1241-000 | 1,000.00 | | 12,858.02 |
| 01/15/08 | {15} | UNIVERSAL HEATING SUPPLIES INC. | SETTLEMENT PAYMENT | 1241-000 | 800.00 | | 13,658.02 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.87 | | 13,663.89 |
| 02/11/08 | 1007 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-18106, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 10.34 | 13,653.55 |
| 02/12/08 | {15} | UNIVERSAL HEATING | SETTLEMENT PAYMENT | 1241-000 | 800.00 | | 14,453.55 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.88 | | 14,456.43 |
| 03/11/08 | {15} | UNIVERSAL HEATING SUPPLIES, INC. | SETTLEMENT PAYMENT | 1241-000 | 800.00 | | 15,256.43 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.79 | | 15,259.22 |
| 04/01/08 | {15} | PIPE FITTERS' WELFARE FUND LOCAL UNION 597 | SETTLEMENT OF ADVERSARY | 1241-000 | 7,000.00 | | 22,259.22 |
| 04/09/08 | {15} | UNIVERSAL HEATING SUPPLIES, INC. | SETTLEMENT PAYMENT | 1241-000 | 800.00 | | 23,059.22 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.11 | | 23,062.33 |
| 05/19/08 | {15} | NORTH STATES STEEL CORP | SETTLEMENT OF ADVERSARY | 1241-000 | 3,000.00 | | 26,062.33 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.12 | | 26,065.45 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.31 | | 26,068.76 |

Subtotals: $20,155.15  $260.34

{} Asset reference(s)

Printed: 07/19/2010 10:56 AM  V.12.08

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 05-18106-JS  
**Case Name:** SCARLET GLOW HEATING & COOLING CO  
**Taxpayer ID #:** **-***8816  
**Period Ending:** 07/19/10  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.31 | | 26,072.07 |
| 08/19/08 | 1008 | EUNICE SACHS & ASSOCIATES | COURT REPORT ATTENDANCE | 2990-000 | | 100.00 | 25,972.07 |
| 08/26/08 | 1009 | EXPRESS ONE - CHICAGO | OVERNIGHT DELIVERY CHARGES | 2990-000 | | 36.42 | 25,935.65 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,938.74 |
| 09/09/08 | 1010 | INTERNAL REVENUE SERVICE | TAX TRANSCRIPT/FOR 2002 RETURN | 2990-000 | | 39.00 | 25,899.74 |
| 09/15/08 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 938.34 | | 26,838.08 |
| 09/18/08 | {15} | KIRK RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 3,561.66 | | 30,399.74 |
| 09/18/08 | {15} | JAY RUSTMAN & LINDA RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 3,500.00 | | 33,899.74 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.71 | | 33,903.45 |
| 10/15/08 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 234.59 | | 34,138.04 |
| 10/16/08 | {15} | KIRK RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 882.71 | | 35,020.75 |
| 10/16/08 | {15} | JAY RUSTMAN/LINDA RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 882.71 | | 35,903.46 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.78 | | 35,907.24 |
| 11/14/08 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 234.59 | | 36,141.83 |
| 11/14/08 | {15} | LINDA RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 882.71 | | 37,024.54 |
| 11/14/08 | {15} | KIRK & JOY RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 882.71 | | 37,907.25 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.99 | | 37,910.24 |
| 12/12/08 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 234.59 | | 38,144.83 |
| 12/15/08 | {15} | JAY & LINDA RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 882.71 | | 39,027.54 |
| 12/16/08 | {15} | KIRK & JOY RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 882.71 | | 39,910.25 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.66 | | 39,912.91 |
| 01/15/09 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 234.59 | | 40,147.50 |
| 01/15/09 | {15} | KIRK & JOY RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 882.71 | | 41,030.21 |
| 01/16/09 | {15} | JAY & LINDA RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 882.71 | | 41,912.92 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.65 | | 41,914.57 |
| 02/05/09 | 1011 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #05B-18106, BOND#016026455 | 2300-000 | | 33.09 | 41,881.48 |
| 02/12/09 | {15} | JAY & LINDA RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 882.71 | | 42,764.19 |
| 02/17/09 | {15} | KIRK & JOY RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 882.71 | | 43,646.90 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.61 | | 43,648.51 |
| 03/16/09 | {15} | KIRK & JOY RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 882.75 | | 44,531.26 |
| 03/16/09 | {15} | JAY & LINDA RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 882.71 | | 45,413.97 |
| 03/17/09 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 234.54 | | 45,648.51 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 45,650.44 |
| 04/17/09 | {15} | JIM RUSTMAN | SETTLEMENT PAYMENT | 1241-000 | 234.54 | | 45,884.98 |

Subtotals :   $20,024.73   $208.51

{} Asset reference(s)

Printed: 07/19/2010 10:56 AM    V.12.08

Case 05-18106   Doc 118   Filed 08/12/10   Entered 08/12/10 14:22:15   Desc Main
Document      Page 14 of 18

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 05-18106-JS  
**Case Name:** SCARLET GLOW HEATING & COOLING CO  

**Taxpayer ID #:** **-***8816  
**Period Ending:** 07/19/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.86 | | 45,886.84 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.80 | | 45,888.64 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.99 | | 45,890.63 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 45,892.56 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 45,894.49 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.87 | | 45,896.36 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.87 | | 45,898.23 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 45,900.16 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 45,902.09 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.81 | | 45,903.90 |
| 02/05/10 | 1012 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #05-18106, BOND#016026455 | 2300-000 | | 38.08 | 45,865.82 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.74 | | 45,867.56 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 2.05 | | 45,869.61 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.31 | | 45,869.92 |
| 04/06/10 | | Wire out to BNYM account 9200******3165 | Wire out to BNYM account 9200******3165 | 9999-000 | -45,869.92 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,357.07 | 4,357.07 | $0.00 |
| | | | Less: Bank Transfers | | -45,869.92 | 250.00 | |
| | | | **Subtotal** | | 50,226.99 | 4,107.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,226.99** | **$4,107.07** | |

{} Asset reference(s)

Printed: 07/19/2010 10:56 AM    V.12.08

Case 05-18106 Doc 118 Filed 08/12/10 Entered 08/12/10 14:22:15 Desc Main
Document Page 15 of 18

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 05-18106-JS  
**Case Name:** SCARLET GLOW HEATING & COOLING CO  

**Taxpayer ID #:** **-***8816  
**Period Ending:** 07/19/10  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/07 | | From Account #********3165 | TRANSFER FUNDS | 9999-000 | 250.00 | | 250.00 |
| 05/07/07 | 101 | GROCHOCINSKI ,<br>GROCHOCINSKI & LLOYD, LTD. | REIMBURSEMENT FOR ADVERSARY<br>FILING FEE | 2700-000 | | 250.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **250.00** | **250.00** | **$0.00** |
| | | | Less: Bank Transfers | | 250.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **250.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$250.00** | |

{} Asset reference(s)

Printed: 07/19/2010 10:56 AM  V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 05-18106-JS  
**Case Name:** SCARLET GLOW HEATING & COOLING CO  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-65 - Money Market Account  

**Taxpayer ID #:** **-***8816  
**Period Ending:** 07/19/10  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3165 | Wire in from JPMorgan Chase Bank, N.A. account ********3165 | 9999-000 | 45,869.92 | | 45,869.92 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.57 | | 45,871.49 |
| 05/03/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0500% | 1270-000 | 0.12 | | 45,871.61 |
| 05/03/10 | | To Account #9200******3166 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 45,871.61 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **45,871.61** | **45,871.61** | **$0.00** |
| | | | Less: Bank Transfers | | 45,869.92 | 45,871.61 | |
| | | | **Subtotal** | | **1.69** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.69** | **$0.00** | |

{} Asset reference(s)

Printed: 07/19/2010 10:56 AM   V.12.08

## FORM 2

Page: 7

### Cash Receipts And Disbursements Record

**Case Number:** 05-18106-JS  
**Case Name:** SCARLET GLOW HEATING & COOLING CO  
**Taxpayer ID #:** **-***8816  
**Period Ending:** 07/19/10  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/03/10 | | From Account #9200******3165 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 45,871.61 | | 45,871.61 |
| 05/03/10 | 10102 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $565.80, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 565.80 | 45,305.81 |
| 05/03/10 | 10103 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $22,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 22,500.00 | 22,805.81 |
| 05/03/10 | 10104 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $5,761.23, Trustee Compensation; Reference: | 2100-000 | | 5,761.23 | 17,044.58 |
| 05/03/10 | 10105 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $20.77, Trustee Expenses; Reference: | 2200-000 | | 20.77 | 17,023.81 |
| 05/03/10 | 10106 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $8,600.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 8,600.00 | 8,423.81 |
| 05/03/10 | 10107 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | Dividend paid 11.99% on $2,811.25; Claim# 001; Filed: $2,811.25; Reference: | 5400-000 | | 337.33 | 8,086.48 |
| 05/03/10 | 10108 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | Dividend paid 11.99% on $2,837.20; Claim# 002; Filed: $2,837.20; Reference: | 5400-000 | | 340.43 | 7,746.05 |
| 05/03/10 | 10109 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | Dividend paid 11.99% on $1,297.50; Claim# 004; Filed: $1,297.50; Reference: | 5400-000 | | 155.68 | 7,590.37 |
| 05/03/10 | 10110 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | Dividend paid 11.99% on $415.20; Claim# 005; Filed: $415.20; Reference: | 5400-000 | | 49.82 | 7,540.55 |
| 05/03/10 | 10111 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | Dividend paid 11.99% on $8,511.60; Claim# 006; Filed: $8,511.60; Reference: | 5400-000 | | 1,021.29 | 6,519.26 |
| 05/03/10 | 10112 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | Dividend paid 11.99% on $1,401.30; Claim# 007; Filed: $1,401.30; Reference: | 5400-000 | | 168.14 | 6,351.12 |
| 05/03/10 | 10113 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | Dividend paid 11.99% on $467.10; Claim# 008; Filed: $467.10; Reference: | 5400-000 | | 56.05 | 6,295.07 |
| 05/03/10 | 10114 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | Dividend paid 11.99% on $648.75; Claim# 009; Filed: $648.75; Reference: | 5400-000 | | 77.84 | 6,217.23 |
| 05/03/10 | 10115 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | Dividend paid 11.99% on $15,440.25; Claim# 010; Filed: $15,440.25; Reference: | 5400-000 | | 1,852.65 | 4,364.58 |
| 05/03/10 | 10116 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | Dividend paid 11.99% on $138.40; Claim# 011; Filed: $138.40; Reference: | 5400-000 | | 16.61 | 4,347.97 |
| 05/03/10 | 10117 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | Dividend paid 11.99% on $5,146.75; Claim# 013; Filed: $5,146.75; Reference: | 5400-000 | | 617.55 | 3,730.42 |
| 05/03/10 | 10118 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | Dividend paid 11.99% on $8,433.75; Claim# 014; Filed: $8,433.75; Reference: | 5400-000 | | 1,011.95 | 2,718.47 |

Subtotals : $45,871.61    $43,153.14

{} Asset reference(s)

Printed: 07/19/2010 10:56 AM    V.12.08

Case 05-18106   Doc 118   Filed 08/12/10   Entered 08/12/10 14:22:15   Desc Main
Document      Page 18 of 18

Exhibit 9

## FORM 2

Page: 8

### Cash Receipts And Disbursements Record

**Case Number:** 05-18106-JS  
**Case Name:** SCARLET GLOW HEATING & COOLING CO  

**Taxpayer ID #:** **-***8816  
**Period Ending:** 07/19/10  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/03/10 | 10119 | PIPE FITTERS INDUSTRY FUND, LOCAL 597 | Dividend paid 11.99% on $350.34; Claim# 081; Filed: $350.34; Reference: | 5400-000 | | 42.04 | 2,676.43 |
| 05/03/10 | 10120 | PIPE FITTERS LOCAL 597 UA | Dividend paid 11.99% on $79.45; Claim# 083; Filed: $79.45; Reference: | 5400-000 | | 9.53 | 2,666.90 |
| 05/03/10 | 10121 | PIPE FITTERS WLFARE FUND LOCAL 597 | Dividend paid 11.99% on $11,253.57; Claim# 084; Filed: $11,253.57; Reference: | 5400-000 | | 1,350.29 | 1,316.61 |
| 05/03/10 | 10122 | PIPE FITTERS RETIREMENT FUND LOCAL 597 | Dividend paid 11.99% on $9,831.76; Claim# 085; Filed: $9,831.76; Reference: | 5400-000 | | 1,179.69 | 136.92 |
| 05/03/10 | 10123 | PIPE FITTERS TRAINING FUND LOCAL 597 | Dividend paid 11.99% on $1,141.13; Claim# 086; Filed: $1,141.13; Reference: | 5400-000 | | 136.92 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 45,871.61 | 45,871.61 | $0.00 |
| Less: Bank Transfers | | 45,871.61 | 0.00 | |
| **Subtotal** | | 0.00 | 45,871.61 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$45,871.61** | |

Net Receipts :  50,228.68  
Net Estate :  $50,228.68  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****31-65 | 50,226.99 | 4,107.07 | 0.00 |
| Checking # ***-*****31-66 | 0.00 | 250.00 | 0.00 |
| MMA # 9200-******31-65 | 1.69 | 0.00 | 0.00 |
| Checking # 9200-******31-66 | 0.00 | 45,871.61 | 0.00 |
| | **$50,228.68** | **$50,228.68** | **$0.00** |

{} Asset reference(s)

Printed: 07/19/2010 10:56 AM    V.12.08